**LABATON KELLER SUCHAROW LLP**
Jonathan Waisnor (Bar No. 345801)
jwaisnor@labaton.com
Alexander Schlow (Pro Hac Vice)
aschlow@labaton.com
Morris Dweck (Pro Hac Vice)
mdweck@labaton.com
140 Broadway, Floor 34
New York, NY 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477

**UMBERG ZIPSER LLP**
Carole E. Reagan (Bar No. 162674)
creagan@umbergzipser.com
1920 Main Street, Suite 750
Irvine CA 92614
Telephone: 949-679-0052
Facsimile: 949-679-0461

Counsel for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC.,<br><br>                    Plaintiff,<br><br>versus<br><br>GRAESEN ARNOFF, STEVE AARDAPPEL, DANNY ABBOTT, SUSIE ABBOUD, MARY ABEGG SANCHEZ, DON ABEL, SANDRA ABERNATHY, CATHY ABRAHAM, MURAD ABU HANNOUN, MARK ACKERMAN, MARTIN ACKERSON, MICHELLE ADAMS, RICO ADAMS, SANDY ADAMS, SCOTT ADAMS, DONALD ADAMS, JAREE ADAMS, LON ADAMS, ROBERT ADAMS, CONSTANCE ADLER GALLOWAY, CHANTELLE ADU-BERKOH, YVETTE AFFLERBAUGH, SHYMA | **CASE NO.: _____**<br><br>**NOTICE OF REMOVAL**<br><br>Removed from:<br><br>Superior Court of the State of California, County of Orange Case No. 30-2023-01315890-CU-MC-CXC |

1  AFREDI, VERNA AGBOOLA, PAUL
   AGUILAR, HELEN AGUILAR, SANDRA
2  AGUILAR, ERICKA AGUILAR, HIRAM
   AGUILERA, NOEL AISPURO, MEGAN
3  AKRIGHT, ANTHONY ALBERTS, ALISHA
   ALEXANDER, STEPHEN ALFON, RAMONA
4  ALI, GARY ALLEN, ANTWAIN ALLEN,
   RUSTY ALLEN, VICTORIA ALMARAZ,
5  VANESSA ALONZO, NANCY ALONZO,
   BRIAN ALSUP, BRIAN ALTMAN, DOUG
6  ALTON, ARIS ALVARADO, OSVALDO
   ALVARADO, GEOVANNI ALVARADO,
7  GARRET AMBROSIO, CHERYL AMES,
   JOANNA AMMONS, CINDY AN, JARRYL
8  ANDERSON, AMANDA ANDERSON,
   BRENDA ANDERSON, LAUREN
9  ANDERSON, GORDON ANDERSON,
   DENISE ANDERSON MCKAY, SZEREDY
10 ANDREA, CORINNE ANDREANO,
   DEBORAH ANDREWS, MAURICE
11 ANDREWS, JAMES ANDRIACCHI,
   PATRICIA ANGENBROICH, NICK
12 ANGILELLO, ARTURO ARAGON, ANDY
   ARDEN, MICHELLE ARELLANO, TONY
13 ARMALIS, MARIA ARMIJO, DAVID
   ARNSON, JUDY ARONSON, MARIANINA
14 ARREDONDO, ANGEL ARRIAGA, JUDIE
   ARRIOLA, OLUFUNMILAYO ASHIRU,
15 JENNIFER ASHLINE, TINNIKIE ATKINS,
   MICHAEL ATKINSON-LEON, KAREN
16 AUSTIN, MICHAEL AUSTIN, ABBEY
   AUSTIN-WOOD, BEATRIZ AVENDANO,
17 STRASSALYN AYUBA, EMMANUEL
   BAEZ, DANA BAIER, NATE BAILEY,
18 KECIA BAILEY, MICHAEL BAILIN,
   SIEGMUND BAKLARZ, BRODERICK
19 BALDWIN, DONNA BALL, MARIA
   BALLESTEROS, SUSAN BALLOU, JAMILA
20 BANKS, JESSE BARBA, KARLA RAE
   BARKER, SHARON BARKER TUBBS,
21 ANNETTE BARNES, JILL BARNETT,
   CHESTER BARNHART, MAGDALENA
22 BARRERA, MARY BARROW, MICHAEL
   BASNIGHT, ERIC BASS, BECKY
23 BATAILLE, MARY BATEMAN, SCOTT
   BAUGH, JOY BAYNES, JOYCE BEASLEY,
24 SCOTT BEAVER, DOUGLAS BEAVER, RAY
   BECK, JAN BEDELL, DEONDRE
25 BEDGOOD, LEONARD BEDNARCZYK,
   ALDENA BEISEN, NINOUS BEITASHOUR,
26 RAY BELDNER, EBONEY BELL, DOLLICIA
   BELL, TOWANDA BELL, GARY BELL,
27 WILLIAM BELL, ANGELICA BELLAVIA,
   RUBY BELTRAN, CELESTE BEMORAS, CJ
28 BENBROOK, DARAGH BENNETT, LORA

1  BENSON, ADAM BENTE, SUSAN
   BERENSON, BOB BERG, CHARLES
2  BERNACCHI, LISA BERNAL, CHRYSTAL
   BERNASCONI, STEVEN BERNSTEIN, DAN
3  BERRY, MICHAEL BETZAG, ERICA
   BEVERIDGE, ALLIE BEYER, ERIC
4  BIANCO, JANINA BIAS, ERICK BIEGER,
   RODERICK BILLINGSLEY, SCOTT
5  BINDER, BROOKE BINGAMAN, KATIE
   BIRCHFIELD, PATRICIA BIRDSALL,
6  KEISHA BISHOP, HARV BISLA,
   BERNADETTE BITANGA, ADAM
7  BITTERMAN, WARREN BJORK,
   KIMBERLEE BLACK, STEPHEN
8  BLACKWELL, JOHN BLAKE, MONIQUE
   BLAKE, MARGARET BLAKE, SHAWN
9  BLETHEN, EVELYN BLIZZARD, JESSICA
   BOCCIA, STEVEN BOEHM BOEHM, JOHN
10 BOHEN, KIMBERLY BOLTZ, BRIAN BON,
   SUZANNE BONDS, STEPHEN BONELLI,
11 BILLY BONER, MARY BONNER, BRYAN
   BOONE, AYREANNE BORDEAUX, JOHN
12 BORDERS, LISA BOREL, JOEL BORJA,
   CHRISTINE BOROVOY, DANNY
13 BOSWELL, JACQUELINE BOUBION,
   JENNIFER BOUKIDIS, MIKE BOWEN,
14 NICHOLAS BOWRON, ROY NICHOLAS
   BOYCE, DEJUAN BOYD, TERRY BOYD,
15 DUANE BOYER, LARA BOYKO, LINDSAY
   BOYSTER, MATT BOZYLINSKY, DEMIR
16 BRACIC, DENISE BRADBURY, DANA
   BRADFORD, KEVIN BRADLEY,
17 GENEVIEVE BRAMMEIER, NICOLE
   BRANCH, CATHERINE BRATTON,
18 RACHEL BRAUER, ROBERT BRENNEMAN,
   KIM BREZNIAK, LONNIE BRIGGS, BESSIE
19 BRISCO, ROKICKI BRITTNEY, CHRISTY
   BROCCARDO, LEEANDRA BROCKER,
20 HOWARD PETER BRODY, SUSAN BROOK,
   DONNA BROOKS, MARIA BROOKS,
21 DIANA BROOKS, IRA BROOKS, RABECCA
   BROSCHAT, ERIC BROWN, TARA BROWN,
22 CONNIE BROWN, SHARON BROWN,
   MICHAEL BROWN, SAMUEL BROWN,
23 KATRINA BROWN, LAURA BROWN,
   KEVIN BROWN, DEAN BRUCE, ANTHONY
24 BRUCIA, JUANITA BRYANT, TONY
   BRZEZOWSKI, ROGER BUBEL,
25 CHRISTINA BUENAVENTURA, BILL
   BUNKERS, BRIAN BURCH, KEVIN BURCH,
26 NICK BURCHETT, ISAIAH BURCHETT,
   TIM BURGESS, JOHN BURGESS, SHARON
27 BURGS, JOHN BURKE, KATHE
   BURKHART, CHRISTINA BURLISON, TIM
28 BURMAN, MICHAEL BURNS, HEATHER

1  BUSH, KALENA BUSH, ERIN BUSSE,
   WILLIAM BUTLER, DIANE BUTLER,
2  VAUGHN BUXTON, CALVIN BYER, DAVIE
   CABRAL, TAMMY CABRERA, JULIO
3  CABRERA, ANTHONY CACERES,
   ANNETTE CADY, RICH CAFFERKEY, SUE
4  CAICO, MAURICE CALDERON, JESSICA
   CALHOUN, KATHIE CALHOUN, MICHAEL
5  CALLAHAN, MELISSA CALVANO, LINDA
   CALVIN, RICO CAMACHO, ALEXANDRA
6  CAMACHO, JULIANNE CAMELLO, BRUCE
   CAMERON, SUSAN CAMPBELL, SHANE
7  CAMPBELL, AARON CAMPBELL, LENA
   CAMPOS, MARIA CANALE, DENNIS
8  CANFIELD, MARITZA CANTU, ALBERTO
   CAPUTO, SANDRA CARCIONE,
9  ESMERALDA CARDENAS, PAULA CARL,
   JAMES CARMANY, AMANDA CARNEY,
10 BLANCA CARRASCO, ZACK CARRERA,
   JONATHAN CART, ANTOINETTE CARTER,
11 SHARON CARWELL, TINA CASEY, ROSA
   CASILLAS, DARRYL CASS, DAVID
12 CASSIERE, SUSANA CASTILLO, JESUS
   CASTILLO, VICTOR CASTILLO, ELVIRA
13 CASTILLO, KARLA CASTRO, KENDRA
   CATO, MELINDA CAUDILLO, CHRYSTAL
14 CAUDLE, RUDY CENDEJAS, MELODY
   CENTONZE, DONNA CERRO, ELIA
15 CERVANTES, RICK CERVARICH, MIKE
   CHAMBERS, JUDITH CHAPMAN, JUDY
16 CHARLTON, SHEILA CHARTIER,
   ANABELL CHAVEZ, GRICELDA CHAVEZ,
17 STEVE CHAVEZ, WINSTON CHAVOOR,
   SIMON CHAYKLER, EUGENIA CHEN,
18 PETER CHEN, JEFFREY CHIEN,
   RAYMOND CHIN, CINDY CHRISTENSEN,
19 MARK CHRISTENSEN, SUSANNAH
   CHRISTOPHER, ROBIN CHRUSNIAK,
20 NOPADOL CHUAYCHAROENSUK,
   MICHELLE CHURCHILL, SAM
21 CICCOSILLO, HARLOW CISCO, EMILY
   CITRARO, DIANE CIZUNAS, RICHARD
22 CLARK, DAVID CLARK, HOWARD
   CLARK, TRACY CLARK, JULIE CLARKE,
23 ARIANA CLAYTON, PAUL CLEM,
   GRETCHEN CLIFFORD, TOWNES COATES,
24 DEBRA COE, PAUL COHEN, ASHLEY
   COHEN, BRUCE COHEN, DAVID
25 COLBERT, NATALIE COLE, JARED
   COLEMAN, PAMELA COLEMAN,
26 YOLANDA COLER, ANGEL COLLAZO,
   FRANCESCA COLLEBRUSCO, ELIZABETH
27 COLLINS, RICHARD COLORADO, LISA
   COLP, MANECA COLQUITT, KENT
28 COLTON, WILLIAM COMBS, J CONAVAY,

BRANDY CONAWAY, ANDRE
CONCEPCION, KATRINA CONDIS, LISA
CONEY, RHONDA CONLEY, CYNTHIA
CONLIN, BARBRA CONNER, JOANNE
CONTE, CHARMAINE CONTRERAS,
MIGUEL CONTRERAS, TIMOTHY
CONWAY, NICOLE CONWAY, JOSHUA
COOK, JERRY COONROD, JUSTIN
COOPER, LONI COOPER, SHELBY
COOPER, TED COOPERSMITH, JANICE
COPE, NANCY CORDERO, LUCY
CORDERO, JOHN CORDOGAN, ANDREW
CORONADO, MARIA CORRALES, LUIS
CORREA, PHIL CORREALE, EILEEN
CORTEZ, MITCHELL COTTRELL,
CHRISTINA COUGHLIN, KEN COULTER,
RAY COVERT, TINA COX, DONNA COX,
RUSANNA COYAMIN, JO-ANN
CRANDALL, CHADD CREED, ROSA
CROMWELL, JUDY CRONIN, DIANA
CRUZE, EPIGMENIO CUEVA JR, JENNIFER
CULBERTSON, JOHN CUMMINGS,
ALFREDO CUNANAN, ROBIN CUTLER,
GAJEWSKI CYNDA, PAUL CYNKAR,
PENNY DAHLBERG, LANCE DALGART,
JESSICA DAMBROSE, SALAZAR DANIEL,
MAX DANIELS, ANNA DAROSA, ALAN
DASCOTTR, MARCUS DAVID, KAREN
DAVIDSON, CHANELL DAVIS, SAM
DAVIS, JOHN DAVIS, PERRI DAVIS,
CANDACE DAVIS, FREDERICK DAVIS,
JUDITH DAVIS, AMY DAVIS, WILLIE
DAVIS, DANIELLE DAVIS TUCKER,
VONNIE DAWSON, VICTOR DE GRANDE,
LEONILO DE LEON, WILLIAM DEACON,
LAUREL DEBELLO, BETTY DECONTER,
JAY DEDONTNEY, KIMBERLEY DEEMS,
LISBETH DEFOREST, ARTHUR
DEGENNARO, JOSE DEL CAMPO,
MELISSA DEL ROSARIO, EILEEN DEL
ROSARIO, JUNE DELANE, DEBORAH
DELANEY, CHESSIE DELANEY, ERIN
DELEGAN, FERNANDO DELGADILLO,
LUIS DELGADO, ROBERT DENKER,
ALLEN DENNI, MARK DENNIS,
MERELENE DEO CHAND, NORMAN
DEORIAN, THERESA DERFUSS, TERESA
DESATNICK, DENNIS DEVILBISS,
ANGELA DEVOLDER, STEVEN
DEWOODY, CAROLYN DEZUTTER, MALA
DHILLON, FERNANDO DI ZITTI, NICOLE
DIAZ, STACEY DICK, LOIS DICKENS,
LAUREL DIGANGI, SUSAN
DIGIANFILIPPO, RUSSELL DILILLO, JOAN
DIMAIO, JOEL DINOVO, DENNIS DIXON,

STEPHEN DOBBINS, REGINA
DODDINGTON, NIKKI DOHN, NANCY
DOLAN, THERESA DOLAN, BRANDY
DOLDERER, ARTURO DOMINGUEZ,
JAMES DOMSIC, JACQUELYN DONAHUE,
LISA DONAHUE, THOMAS DOOLEY,
CHRISTINA DORATO, ALICE DORTCH,
DEMETRA DOSS, SUSAN DRABING, JULIE
DRAKE, VERONICA DRANTZ, BRAD
DRAPER, PETER DREYFUSS, SARAH
DRISKO, KATHERINE DROUIN-KEITH,
THERESA DRUST, BARBARA DUBE, SUE
DUDOWITZ, CATALINA DUENAS,
CRISTINA DUENES, MICHELE DUGGAN,
ROBERT DUMITRU, LORA DUNCAN,
MONICA DUNKIN, EMILY DUPREE, PETE
DURAN, JEN DURAN, REBECCA DUTTON,
GEORGE DUTY, NICOLE DUZY, RICHARD
DWYER, MONICA DYAKANOFF, KEITH
EADDY, JOHN ECCLESTON, RICKY ECK,
GREG EDELSON, TEQUILA EDWARDS,
DEBRA EDWARDS, ROMELL EGGLESTON,
BOB EHRLICH, GARY EISENBERG, JASON
ELKINS, KRISTIN ELLER, WILLARD
ELLIOTT, ROBERT EMERICK, DANIELLE
EMICK, LAURA ENGLAND, MANIQUE
ENGLISH, GERRI ENTLER, EDGARD
ENTRALA, ALISON ERBETTA, ASHLEY
ERICKSON, RICHARD ERNST, WYNN
ESCLOVON, DEREK ESPARZA, ZINNIA
ESQUEDA, MARTHA ESTRADA, JESSE
ESTRADA, ELLIOTT EUBANK, ROBERT
EVANS, JON EVANS, EMILY EYTH, MARK
FABELA, FANESHA FABRE, BRIAN
FACTOR, ART FAELNAR, BILL FAGAN,
JULIE FAIR, TERESA FAJARDO, FRANK
FALES, MARIETTA FALK, LEN FALTIN,
DIANALOO FARMER, JOHN FARRINGER,
LAURENCE FAULKS, BRIAN FAVIA,
GRETCHEN FEHLING, MERLITA FELIPE,
DAVID FELIX, ALFREDO FELIX, DAVID
FELKER, SHARYN FELTON, FLOYD
FENEX, DAWN FERGUSON, VIVIAN
FERNANDEZ, AH LAN FERRARA,
ROLAND FERRER, STEPHEN FERRI,
RALPH FERRI, PETE FIELDS, CONNIE
FIELDS, SARA FIENE, MARK FILCICH,
LUCILLE FINCHER, MICHELE FINLEY,
KAREN FIORINO, DAVID FISH, MEGHAN
FISHER, MARVIN FISHMAN, ARTHUR
FISK, BEVERLY FLEER, MELISSA FLINT,
PABLO FLORES, PATRICK FOLEY,
DONALD FORGY, WENDY FOSNAUGH,
MARVIN FOSTER, STEVE FOSTER,
DARLENE FRANCO, DELORES FRANKS,

Notice of Removal

1 | SHAMARRA FRAZIER, TAMARA FRAZIER,
JILL FRECHETTE, LYNETTE FREEMAN,
2 | JOHN FREMONT, RICHARD
FRIEDLANDER, JAMES FRIEDRICH,
3 | STACY FRISHER, CAROL FRITZGERALD,
MARCOS FUENTES, CHERYL FULK,
4 | NICOLE FULLER, GREG FUNG, JASON
GADACZ, YOLANDA GAGNE, EVYETTE
5 | GAINES, KECIA GAINES, SUSAN
GALLARDO, JOY GALLIVAN, EDDIE
6 | GALLOWAY, EYVONNE GALLOWAY,
SUSAN GALVAN, RACHEL GALVIN,
7 | MARILYN GANT, CAROLINE GARCIA,
REBECCA GARCIA, KATHLEEN GARCIA,
8 | ALFRED GARCIA, GINA GARCIA, GINA
GARCIA, FERNANDO GARCIA, DEBORA
9 | GARCIA, KIMBERLY GARCIA, PARIS
GARDNER, MICHELLE GARDNER, DANA
10 | GARLINGTON, JENNIFER GARNER, LANA
GARTIN, DEBBIE GASAWAY, BARBARA
11 | GASKILL, LISSA GATES, KIMBERLEY
GAUL, DOLORES GAY, NICOLE GEORGE,
12 | NATALIE GEORGE, JOAN GIAMMARINO,
JJIMMIE GIBBS, JANET GIBBS, SCOTT
13 | GIBSON, CRYSTAL GIBSON, RUSSELL
GILLIAM, RUBIE GILLON, DELORES
14 | GILSON, DAVID GINSBURG, LOUIS
GODOY, KEN GOETZ, MAUREEN GOFF,
15 | RICHARD GOLDBERG, JOSHUA
GOLDBERG, SHAVASIA GOLDEN,
16 | STEPHEN GOLDHORN, ILISA GOLDMAN,
MICHAEL GOLDSTEIN, NICOLE GOMEZ,
17 | LYDIA GOMEZ, ROSIE GONZALES,
CLAUDIA GONZALES, MERCEDES
18 | GONZALEZ, JOSE GONZALEZ, SHARON
GONZALEZ, SUSAN GONZALEZ, JOSE
19 | GONZALEZ, ERICA GONZALEZ, CARLOS
GONZALEZ, ALEXANDER GONZALEZ,
20 | SAUL GONZALEZ, VALERIE GORDON,
NATHAN GOTTEN, THERESA GOULD,
21 | MARY GRADY, MARGARET GRADY,
ANTHONY GRAHAM, KAREN GRANO,
22 | CHARLES GRAUERHOLZ, MARK GRAVES,
COLLEEN GRAY, CANDA GRAY, TONYA
23 | GREEN, LAURA GREEN, JEFFREY GREEN,
THOMAS GREEN, DAN GREENSPAN,
24 | JAMES GREENWOOD, JOHN GREGGS,
CHARLES GREY, BILL GRIFFIN, STEVE
25 | GRIFFITH, LANCE GROFF, DENNIS
GROSS, HOLLY GROVER, MATT
26 | GRUENWALD, HIJINIA GUERRERO,
MANISH GUPTILA, LETTY GUTILLA,
27 | WAYNE GUZAK, EMILY GUZMAN, JORGE
GUZMAN, SUZANNE GUZMAN, KEVIN
28 | GWARTNEY, ANGELA HACKETT, SHANA

HAGER, NORM HALBERT, JEANETTE
HALE, JIMMIE HALE, PATRICIA
HALLISSEY, VANCE HALLMAN, GLEN
HAMEL, ROBERT HAMILTON, JULIE
HAMMOND, PRINCESS HAMPTON, JACOB
HANCOCK, KIM HANDS, BILL HANNA,
ALANA HANNANT, LAURI HANSON,
HIDEKI HARA, MARIBETH HARDER,
SANDRA HARMON, WYLMA HARMON,
MARIA HARO, TOM HARPER, JENNIFER
HARRELL, LILLIAN HARRIS, JANICE
HARRIS, DENISE HARROLD, AMY HART,
JULIE HART, KATIE HART, SYLEDRA
HART, TRACY HARTLEY, BILL
HARTMAN, MICHAEL HARVEY, RACHEL
HASSETT, KEITH HASTINGS, MICHAEL
HASTINGS, FRANK HAUSER, DENISHA
HAWKINS, LINDA HAWORTH, ROCHELLE
HAYES, JENEVIEVE HAYES, TYRONE
HAZEL, DODDIE HECHT, ELENA
HEDDERIG, MARJORIE HEDDINGER,
ROBERT HEFLEY, JERRY HEFLEY,
WILLIAM HEGARTY, ALLEN HEINEN,
KRISTEN HEJNAL, CHITIKA HEMPHILL,
SANDRA HENDERSON, THERESA
HENDERSON, CHRISTINE HENDRIX,
RYAN HENGEL, NICOLE HENRY, BILL
HENSHAW, JOSE HERNANDEZ, PATRICIA
HERNANDEZ, FERNANDO HERNANDEZ,
JUANITA HERNANDEZ, ANGELICA
HERNANDEZ, MAURICIO HERNANDEZ,
CHRISTOPHER HERON, CARLOS
HERRERA, DEBORAH HERRERA, SHARON
HERRERA, LISA HERRON, KARA HEUER,
TANYA HEUGES, LONNIE HIATT, MARY
HICKEY, HEATHER HIERL WEIMER,
CHRIS HIGHAM, KAREN HIGHT, ERWIN
HILDENBRAND, ALEXANDRIA HILL,
MADISYN HILL, DEBRA HILL, JOHN HIPP,
MICHAEL HIRSCH, DELBERT HOBSON,
MONA HODGES, MICHAEL HOLCOMB,
DANA HOLGERSON, FAITH HOLLAND,
NEIL HOLMAN, TRACY HOLMES, JOEL
HOLZMAN, PHYLLIS HONG, AMY HOOD,
HANNAH HOOD, NICOLE HOOGLAND,
SHAWNA HOOK, LATONIA HOSKINS,
HILARY HOWARD, MICHAEL HOYT,
MARY MARGARET HUDAK, WALLACE
HUDSON, REBECCA HUERTA, HERBERT
HUEY, CHRIS HUFF, LONNY HUFFAR,
ROBERT HUGHES, ROBERT HUGHES,
ERIC HUGHES, ANGELA HUGHES,
MICHELLE HUITRON, TENA HUSON,
JASON HUSTED, ANGELA HUTCHESON,
CAREY HYLTON, LINDA HYMAN, ADAM

1   IANNAZZO, VINCENT IBANEZ, YVONNE
    INVERGO, YOHAN ISAAC, BRYTTNEY
2   ISGAR, CHRISTINE JACKOWSKI,
    PATRICIA JACKSON, MELINDA JACKSON,
3   CATHY JACKSON, DIANE JACKSON,
    CORINNE JACOB, MARIAN JACOB, KRISTI
4   JACOBS, AARON JACOBS, TIM
    JACOBSON, ROBERT JAMES, KATHY
5   JAMES, GRIFFIN JANE, FRANK JANG,
    BYERLEY JANNA, PETER JANOFF, DEB
6   JANUS, SCOTT JANUS, CYNTHIA
    JARAMILLO, MOORE JEANETTE,
7   CHARLES JEDLICKA, RAVEN JEFFRIES,
    ALANA JELINEK, MICHELLE JENKINS,
8   SHANNON JERALDS, R LEE JEWELL,
    ERMA JOHNSON, JEFF JOHNSON, ZACH
9   JOHNSON, KATHERINE JOHNSON, TERRY
    JOHNSON, ELROY JOHNSON, CRAIG
10  JOHNSON, LISA JOHNSON, JACQUELINE
    JOHNSON, JESSICA JOLSON, CHRISTINE
11  JONAS, ALISA JONES, JAMUL JONES,
    ALBERT JONES, LEILENA JONES, ROGER
12  JONES, MARK JONES, ERICA JONES,
    CONNIE JONES, NICK JONES, KIMMIE
13  JONES, CHRISTINA JONES, GRAHAM
    JONES, ELBERT JORDAN, ROBERT
14  JORGENSEN, ALISSA JOSEPH,
    NATHANIEL JOSEPH, JOHN JOURNEAY,
15  THOMAS JOYCE, RON JOZAITES, FREDDY
    JUAREZ, MARK JURCZESKI, VLADISLAV
16  JURENKA, PATTY JUSTINIANO, MARY
    KALAFUT, RICHARD KANATZAR, BESSIE
17  KAREGIANES, KIM KASUNIC, PORTER
    KATHERINE, SPENCER KAYDEN, LISA
18  KAYSINGER, ANN KEATING, MICHAEL
    KEBLUSEK, STEVEN KECA, DEMERETTE
19  KEE, WILLIAM KEEGAN JR, TAMMI
    KELLENBERGER, CHRISTOPHER KELLEY,
20  REGINA KELLY, KAITLYN KELLY, AMY
    KENDALL, JUANITA KENNEDY, ELAINE
21  KENNEDY, BARBARA KENNING, PEGGIE
    KENNISON, LAURIE KESTER, WILLIAM
22  KEWLEY, REEMA KHAN, KIM KIBLER,
    TIFFANY KILGORE, TOYA KILGORE,
23  SARA KIM, WHUI KIM, ROBERT KIM,
    DINA KIMBROUGH, ANGELA KING, ERIN
24  KING, MIKE KING, MARGARET KING,
    FRED KINNEY, CHUCK KIRIAKOS, SARAH
25  KIRK, ANGELA KIRKWOOD, ROBERT
    KIRWAN, GARY KLAVANS, KARRY
26  KLEEMANN, PAULA KLEIN, MEGAN
    KLINE, TAMMIE KNIGHT, TRACY
27  KNIGHT, GLORIA KNIGHT, DEBRA
    KNIGHT, HALE KNOX, DEBBIE KOCOL,
28  SARA KOEHNKE, KRISTEN KOERBER,

1 │ TERESSA KOHMAN, RON KOLMAN, PAUL KOPILAK, STEVEN KOPPANY,
2 │ LAWRENCE KORNIT, LEN KOVNER, DANIELA KREIDLER, DEE KRESGE,
3 │ GEORGE KRESSE, RUCHARD KRIEG, VICTOR KRUMDICK, ERIC KUCK, DEBRA
4 │ KUEN, SHAWN KULICH, KELLY KUNZ, ELI KUO, DANIEL KUPPER, LENNEA LA
5 │ HOMMEDIEU, DANIELLE LABARRE, JOHN LAHOMMEDIEU, LISA LAKRITZ,
6 │ KRYSTOL LAMAR, JULIA LAMAS, DANA LAMB, WARREN LAMB, RANDY
7 │ LANCASTER, JESSIE LANDAU, RUFINO LANDAYAN, MARIAH LANDIS, ROBIN
8 │ LANE, ROBERT LARSON, HECHT LAUREN, JEFFREY LAURITZEN, MARIA
9 │ LAURO, BRADLEY LAVALLEY, MICHELLE LAVOY, HARLAN LAWLER,
10 │ ELLANY LAWRENCE, SANDRA LAWRENCE, MARYJO LAWSON, ROBERT
11 │ LAWSON, KIM LAWSON, TG LAWSON III, JAY LEAVELLE, JENNIFER LECHAROEN,
12 │ JULIE LEE, EVANGELINE LEE, MARC LEE, SONSERAE LEESE, SCOTT LEESON,
13 │ JESSICZ LEKA, STEVE LEMIRE, CIELITO LEONCIO, CARLOS LERMA, FRANK
14 │ LESCRINIER, COLE LESLIE, PETER LEVAKIS, GAIL LEVINE, BILL LEWIS,
15 │ SEAN PATRICK LEWIS, JOHN LEWIS, CORNELIUS LEWIS, KEVIN LEWIS,
16 │ JOLYNNE LEWIS, KRISTI LEWIS, SUZANNE LEWIS-GREGORY, DAVID
17 │ LIBERT, RANDALL LICHT, KRISTEN LICK, MAX LIMA, JEFFERY LINDSAY,
18 │ DEBORAH LINDSEY, AMBER LINNELL, JANE LITMAN, JANET LITTON, MARIA
19 │ LIVINGSTON, JOVANA LLOYD, CHRISTIE LOCASCIO, MICHAEL LOCK, ANGELO
20 │ LOGRANDE, CHELSEA LOKE, RUSSELL LOMBARDO, JEANCLAUDE LOMINY,
21 │ JULIE LONDON, JAMES LONERGAN, FRAN LONG, MICHAEL LOPES, MARY
22 │ LOPEZ, JOSEPH LOPEZ, JOSE LOPEZ, GABRIEL LOPEZ, NADIA LOPEZ, MARCOS
23 │ LOPEZ, GEORGE LOVE, SOMER LOWERY, NICK LOYA, NIK LOZANO, HUMBERTO
24 │ LOZANO, SYLVIA LUBERA, MARCY LUCCHESI, JANIS LUFT, SUSANA LUNA,
25 │ ELIZABETH LUNA, JOHN LUND, RENE LUNDY, CRAIG LUX, MARGARET
26 │ LYBURTUS, KATHERINE MACALMA, JEAN MACALUSO, WILLIAM
27 │ MACGREGOR, ADRIAN MACIAS, WALTER MACIE, ELIZABETH MACK, ZEB
28 │ MACLENNAN, ERNEST MACMILLAN,

Case 8:24-cv-01996-FWS-DFM    Document 1    Filed 09/16/24    Page 11 of 38   Page ID
#:11

JAMES MACPHERSON, SYLVIA MADDEN,
ERICA MADDEN, GLENN MADDOCK,
KELLY MADISON, JUDY MADNICK,
MARTA MADRID, CHARLENE MADSEN,
BOB MADURA, MELISSA MAGALLANES,
CAROL MAIDLOW, JUSTIN MAJZEL,
SUSAN MAKI, ORLANDO MALALUAN,
VICKI MALLARD, FADDY MALLEY,
RYAN MALLOY, THOMAS MALOY,
TIMOTHY MANCINI, KIM MANDICHAK,
MARISSA MANGOLD, CATHERINE
MANION, KELLY MANKE, DARYL
MARCOTT, ANTONIO MARIANO, MARGIE
MARKEVICIUS, ROBERT MARON,
ROSEMP MAROUSEK, FABIAN MÁRQUEZ,
JEFF MARSH, NICOLE MARTE, DAVID
MARTIN, STEVEN MARTIN, PAM
MARTINEZ, NICK MARTINEZ, ADRIANA
MARTINEZ, ROBERT MARTZ, KENNITH
MASCHERI, GEORGE MASNY, KALI
MASSEY, FRANCIS MATEO, RONALD
MATTHIAS, RUTH MATTISON, RONALD
MATUSEA, KATHLEEN MAXIAN, ALAN
MAXWELL, DANIEL MAYEDA, LESLY
MAYORAL, DANUTE MAZEIKA,
REGINALD MCAFEE, KIM MCBRIDE,
MICHELLE MCCALISTER, MIKE
MCCALLUM, KATHY MCCLOUD,
MICHAEL MCCLUSKEY, SUZANNE
MCCOMBS, DEBRA MCCORMICK,
JEREMY MCCOY, KIMMY MCDANIEL,
BARBARA MCDERMOTT, PATTI
MCDONALD, BARBARA MCDONALD,
NANCY MCFADDEN, SHELBI
MCFARLAND, TAMMY MCFEELY,
JAYCEE MCGEE, KEN MCGOWAN,
REGINA MCGRATH, FARIMAH MCHARO,
SHENISE MCKNIGHT, KRISTEN
MCLAUGHLIN, JAMES MCMANUS,
KRISTEN MCNELLY, DIANE MCPHERSON,
ERIN MCRAITH, PATRICIA MEDINA,
BRANDON MEDOW, CHRISTIAN
MELANESE, MATT MELLON, JOHN
MENDEZ, IRENE MENDOZA, IGNACIO
MENENDEZ, SACHA MERCADO,
DOUGLAS MERCER, JOHN MERRILL,
MARK MESSINA, TANISHA METCALF,
CINDI METZGER, KARI MEYER, PAIGE
MEYER, DOC PHIL MEYERSON, PAUL
MEYSER, DEREK MICHAELS, LYDIA
MICHELI, WILLIAM MIDGETT, GLORIA
MILES, JOHN MILES, ESTHER MILLAN,
MARTIN MILLER, THOMAS MILLER,
ROBERT MILLER, RICHARD MILLER,
DEBBIE MILLER, NORMAN MILSNER,

{276085.1}
11
Notice of Removal

1   ANGELICA MINJARES, JONATHAN
    MINTZER, JOSEPH MIRANDA, PATRICIA
2   MISSO, CRYSTAL MITCHELL, TODD
    MITCHELL, MICHELLE MITCHELL, ANN
3   MITCHELL, DEAN MIYA, KELLY
    MOCHEL, JONATHAN MOK, STEPHEN
4   MONK, CARROLL MONTAGUE, LENCY
    MONTGOMERY, ADRIANA MONTIEL,
5   NIDIA MONTOYA, SOCORRO MONTOYA,
    RICHARD MOODY, VIVIAN MOOERS,
6   DANIEL MOORE, TOM MOORE, HANNAH
    MOORE, MIGUEL MORALES, BRENDA
7   MORALES, MARK MORALES, NICOLE
    MORALES, RAUL MORALES, GRETCHEN
8   MORALES, DEBORAH MORAN-
    VILLARREAL, ANGELA MORELLI, MARK
9   MORENO, EDUARDO MORENO, ERIC
    MORENO, PENNY MORES, SCOTT
10  MORGAN, STEPHANIE MORRIS, KRISTINE
    MORRIS, DEBORAH MORRIS, PATTI
11  MORTON, BRITTNEY MOUW, RAINER
    MUELLER, TYNDALL MUN, CARLOS
12  MUNGARRO, MONICA MUNGARY, FLORO
    MUNOZ, LUIS MUNOZ, ANITA MUNOZ,
13  PAT MUNSON, JOHNNY MURPHY, LARRY
    MURPHY, FRANCES MURRAY, PATRICK
14  MUSNI, SUSAN MYERS, SYLVIA
    NABONG, MEHDY NAITAKI, MICHIO
15  NAKAJIMA, KEVIN NAMETH, KAREN
    NASH, WAYNE NASH, ZEID NASSER,
16  JUDY NAST, CATHARINE NAUGHTON,
    DELORES NAVARRO, BRIAN NAYDOL,
17  ORV NECONIE, JEREMY NEIMAND,
    JAMES NELSON, RIC NESSLAGE, MARK
18  NETZEL, ADAM NEWMAN, DEREK
    NEWMAN, LATONIA NEWTON, RACHEL
19  NGUYEN, KINH NGUYEN, CUONG
    NGUYEN, KEVIN NGUYEN, LINDA
20  NGUYEN, KURT NICOLAI, KELLY
    NIELSEN, JACQUELINE NITTI-SILVA,
21  ERNEST NIXON, CEDRIC NOCON, ANN
    NOEL, BILL NOLAN, HALLER NORMA,
22  PAUL NORMAN, CHERYL NORTON,
    MELISSA NORTON, CAROL NOVAK,
23  LINDA NOVY, SUSAN NOWINSKI, KIM
    NUNN, DEANA NUXOLL, KYLIE NYBOER,
24  MARYLOU OBOS, STEPHANIE OCHOA,
    NANCI OCONNELL, KATHIE OCONNOR,
25  SUSAN ODAFFER, FRAN OGLESBY,
    ELIZABETH OHOWELL, ARTHUR
26  OKEEFFE, GREGORY OKULOVE, ROBERT
    OLIVER, ROBERT OLIVER, PHILIP
27  OLSZEWSKI, BRIAN OLTMAN, GLAIZA
    O'MALLEY, ABU OMAR, SCOTT OMORI,
28  JESSICA ORNELAS, TALIA OROPEZA,

1  ELMER ORPILLA, FRED ORR JR, MARIE
   ORTEGA, EVERT ORTEGA, STU OSTER,
2  KYE OSTI, MICHAEL OSULLIVAN, JOSÉ
   OSUNA, SCOTT OTSUKA, CONNIE
3  OWENS, JILL PACHO, MICHAEL PADDEN,
   EDWARD PADILLA, LUZ PADILLA,
4  ANTHONY PAIVA, ROANNE PALLASIGUI,
   PAULINE PALMER, RAYNA PALOMINO,
5  MARIA PANDURO, MARY PANKOW, JANE
   PANNELL, GILBERTO PANTOJA, LINDA
6  PAOLANO, DIMITRIOS PARDALIS, KELLY
   PARKER, BLAIR PARKER, JOHN
7  PARKHURST, RICKIE PARKS, NICOLE
   PARRINI, DAVID PASK, SHAWN
8  PASSWATER, ERIC PATE, BRADFORD
   PATRICE, VICTORIA PATRYN, JUSTIN
9  PATT, EDWARD PAUL, DONNA PAUL,
   BENJAMIN PAULY, AIMEE PAVEK,
10 DYANN PAYNE, STEVEN PAYNE, STEVE
   PEARLMAN, JOHN PEARSON, CONNIE
11 PEART, JORGE PEDROZA, JOYCELYN
   PEETE, CAROLINE PEGUEROS, ERIN
12 PELLOT, MARCELLA PENA, LORENA
   PENA, LISA PENA HUMES, STACIE
13 PENDLETON, JOANN PEPPERDINE,
   CARLOS PEREZ, VERONICA PERKINS,
14 TIMOTHY PERON, DAVID PESOLA, MIKE
   PETERS, SHELBY PETERS, ERIN
15 PETERSON, GARY PETERSON, SHARON
   PETERSON, DINO PEZZATO III, DIANE
16 PHILLIPS, ALFREDA PHILLIPS, STACEY
   PHIPPS, DAVID PHORASAVONG, DAVID
17 PICHON, LYNNE PIERONI, RONALD
   PINER, DAVID PINZOLO, ERIC
18 PIOTROWSKI, REBECCA PIPER, DAVID
   PIRES, OLIVIA PITTMAN, JESSICA PLAUT,
19 JEFFREY PLEAT, BRUCE PLEAT,
   KATHRYN PLOSS, BILL POGGENSEE,
20 STEVEN POLGAR, JIM POLICASTRO,
   RICHARD POLICH, MELISSA POLY, TED
21 PON, CARLOS PONCE, MICHAEL POOLE,
   K POORE, SUSANNE POPAEKO, MICHAEL
22 PORTALATIN, VERNON PORTER, MYRON
   PORTER, SABELA PORTILLO, JASON
23 PORTIS, DERRICK POSNER, DEBBIE
   POTTER, CHRISTINE POULSEN, BRIAN
24 POWELL, DOMINIQUE POWELL, WILLIAM
   POWERS, TRISTA POWERS, ADLY POZAS,
25 ALLAN PRECKEL, DARLENE PRESCOTT,
   MARY PRETE, TRACI PRIEST, GREG
26 PRODIGALIDAD, DEREK PROFFITT, TONY
   PROVANCAL, KATHY PRUITT, PEGGY
27 PUGH, KENNETH PULLIAM, PAMELA
   PURL, AMANDA QUAYLE, RICK
28 QUEZADA, RENE QUIMBY, DAVID

{276085.1}                13
                  Notice of Removal

1  QUIMBY, WILLIAM QUINN, ALEJANDRA
   QUIROZ, ROBERTA QUON, EVELYN
2  RADCLIFFE, VERONICA RAMIREZ,
   KAAVIR RAMIREZ, GLORIA ANA
3  RAMIREZ, LUIS RAMIREZ, LETICIA
   RAMIREZ ARTIAGA, PATRICK RAMOS,
4  DIANA RANGEL, LARISSA RAPADAS,
   FELICIA RAPRAGER, WALTER
5  RATAJCZAK, TIM RATHBONE, JENNY
   RATTARO, JEFF RAVENSCRAFT, TANYA
6  RAY, JOHN RAYA, DAVID RAYFORD,
   KEVIN REA, AMANDA REASONS,
7  FREDERICK RECKEWEG, JAMES
   REDDISH, DENISE REED, THOMAS REES,
8  JOANN REEVES, ROBERT REICHERT,
   CHRIS REIMAN, BRAD REISZ, NANCY
9  REITER, GARY REITMEIER, CRAIG
   RENNER, CHRISTINA RESCIGNO, CURTIS
10 REVAK, PRISCILLA REYES, MIKE REYES,
   GRACE REYES, NORMA REYES, NICOLE
11 REYNOLDS, DIANE RICHMOND, JEFF
   RICKER, EDUARDO RICO, PAMELA RICO,
12 TYLER RIDGE, ERIN RIFFEL, LESLIE
   RIGGS, TEENA RILEY, BENITO RIOS,
13 RACHEL RIVERA, CAROLLEE RIVERA,
   MIGDALIA RIVERA, PAULA RIVERA,
14 PETER RIZZO, BIANCA RIZZO GATTO,
   CHARLOTTE ROBERSON, SETH ROBERTS,
15 TARA ROBERTSON, BRIGITTE
   ROBERTSON, KEVIN ROBINSON, ISAIAH
16 ROBINSON, RICARDO ROBLEDO, KRISTA
   ROBLES, MISTY ROBLES, APRIL ROCHA,
17 STEVEN ROCHESTER, STEVEN ROCK,
   WENDI RODNEY, THERESA RODRIGUEZ,
18 AMANDA RODRIGUEZ, ANABEL
   RODRIGUEZ, JOSE RODRIGUEZ, MIGUEL
19 RODRIGUEZ, MANUEL RODRIGUEZ,
   ALICIA RODRIGUEZ, JEFF RODRIGUEZ,
20 CHERI ROE, CAROLYN ROGERS,
   MADELEINE ROGOW, SANDRA ROLLER,
21 SEBASTIAN ROMEO, TERRY ROMERO,
   JAY ROMICK, WARD RONEY, PEDRO
22 ROSAS, MICHAEL ROSE, NATALEE
   ROSEBOOM, SHAYLA ROSSIGNOL-
23 SMITH, ANTHONY ROTELLA, BOB ROTH,
   LORRAINE ROWE, ANNEMARIE
24 RUITENBACH, ROY RUMANER, PENNI
   RUSSELL, JAIME RYAN, TERRY
25 SABERHAGEN, SYDNEY SABINO,
   GARREN SACCOMANO, GISELA SAENZ,
26 READUS SAGO, EVELYN SALAS, ADRIAN
   SALDANA, LUIS SALGADO, JOHN
27 SALIDAS, SHELLI SALLES, LIZ SAMPRAS,
   SILVERIO SANCHEZ, KRISTIN SANCHEZ,
28 WILLIAM SANCHEZ, ELIZABETH

1    SANCHEZ, ROBERT SANDBERG, MALIKA
SANDERS, RICHARD SANDONA, JAYSON
2    SANDOVAL, MARIA SANDOVAL, ECHOLS
SANDRA, TAKESIA SANFORD, GINA
3    SANGRICOLI, ERIC SANTILLAN, JOHN
SANTILLANO, RUSSEL SAVAGE, CHERYL
4    SCACCIO, CHRISTINE SCADINA,
TONESHIA SCALES, LOUIS SCATURRO,
5    TIFFANY SCHARRINGHAUSEN, MURRAY
SCHECHTER, LYNNE SCHICK, RICHARD
6    SCHLOSSER, JOHN SCHMIDT, KAREN
SCHMIDTKE, PATRICK SCHNEIDER,
7    MICHAEL SCHOFIELD, JULIE SCHREY,
MARGO SCHULLERTS, HANNAH
8    SCHULMAN, KIMBERLY SCHULTZ,
NATHAN SCOGGINS, THERESA SCOTT,
9    PHILIP SEARBY, STEPHANIE SEELEY,
LINDA SEIBERT, SANDY SELESKY, MARC
10   SELIGMAN, CHARLES SELLMAN, ALYSSA
SEPULVEDA, KIM SERANI, JESSICA
11   SERRANO, RITESH SETH, CAROL
SEVILLA, VISHAL SHAH, NOREEN
12   SHAMBO, ARASH SHAMSIAN, BOB
SHARPE, ANGELICA SHATOKIN, JANA
13   SHEEHAN, KYLE SHELL, TENEKA
SHELTON, SHELLEY SHEPHERD, CHUCK
14   SHEPHERD, JIM SHERE, KATHERINE
SHERMAN, LAMEISHA SHERRI, DONNA
15   SHORE, EPS SHRAT, KARL SHULTIS,
DENNIS SIDOTI, LINDA SILACCI-SMITH,
16   TERRIE SILVA, GUNDARS SIMANIS,
STEVEN SIMANONOK, LAURA SIMMONS,
17   JOANNE SIMONSON, KATHERINE
SIMPSON, LEA SIMS, KIMBERLY
18   SINCLAIR, ANISSA SINGLETON, JORDAN
SINWELSKI, LINDA SIRIANO, CLEO
19   SISCO, MIKE SIZEMORE, MICHAEL
SKALON, RICK SLANSKY, SUSAN
20   SLAUGHTER, RODNEY SLOAN, MICHAEL
SMITH, TRACY SMITH, MICHAEL SMITH,
21   MARISSA SMITH, SONA SMITH, JENNIFER
SMITH, TIM SMITH, CHERYL SMITH,
22   EDDIE SMITH, ANTHEA SMITH,
VERONICA SMITH, STEPHANIE SMITH,
23   STEPHANIE SMITH, ELAINE SMITH,
KENNETH SMITH, KATHY SMOLANSKY,
24   CAESAR SNEE, RONNIE SNIPES,
MIRANDA SNYDER, STEPHANIE SOJKA,
25   DAVID SOMMERFELD, CAROL SORIANO,
FRANK SOTELO, ADELLA SPENCER, ISSA
26   SPENCER, SHELAH SPIEGEL, ERIC
SPILLMAN, CARRIE SPIRO, RANDY
27   SPROUT, MICHAEL STADIE, LESTER
STAMNAS, GARY STANSBURY, SHANIKA
28   STARKS, JULIE STASKO, ROBERT STAUP,

1   STEVEN STECHER, RICHARD STEELE,
    CATHY STEELE, JUDITH STEIN, WENDY
2   STEINBERG, DEAN STEINBRENNER,
    RYAN STEPHEN, ERICA STEPHENSON,
3   TERESA STEVENS, MATTHEW STEVENS,
    JESSICA STICKLEN, DENISE STIRES,
4   KENNETH STOLLMAN, AMY STONE,
    JOHNATHAN STOOR, JUSTIN STORER,
5   RONALD STOUT, MAURICE STROUD,
    SABRINA STROUD, DENESE STTHOMAS,
6   SUZANNE SULE, KENNETH SULLIVAN,
    DIANE SULLIVAN, BARBARA SULLIVAN,
7   WILLIAM SUSSMAN, JIMMY SUTTON,
    SHUKAY SUZAN, KAYLA SVEREIKA,
8   BRIAN SWANSON, KATIE SWANSON,
    DIANA SWEARINGEN, KATHIE
9   SWIBAKER, EDWARD SWIEBOCKI,
    RAMONA SWIFT, ALAN SWINFORD,
10  SHAKEEL SYED, SCOTT SZYDZIK, LAURA
    TABACHNICK, DANIEL TAFOLLA, AMY
11  TAIWO, DIANE TALBERT, RONALD
    TALLEY, AUBREY TANCIANGCO,
12  CARSON TANG, ROBERT TANNENBAUM,
    TAMERA TANUBAGIJO, DEBRA TAPIA,
13  KARLA TAPIA, JOHN TARJAVAARA,
    DEBORAH TAYLOR, KEVIN TEICHEN,
14  RUTH TEKESTE, JOHN TENENBAUM,
    MICHAEL TERMINE, LITA THEODORE,
15  CHAKA THEUS, KATHLEEN THOMAS,
    JUSTIN THOMAS, CHERYL THOMAS,
16  PATRICIA THOMAS, JOAN THOMAS, J K
    THOMASSER, LINDA THOMPSON, DETRA
17  THOMPSON, RENEE THOMPSON, SCOTT
    THOMPSON, ANDREW THOMPSON, REX
18  THORNHILL, CALLIE THURMAN,
    GILBERT TISDALE, GINA TOAFA, CONNIE
19  TOLEFREE, KAREN TOLLESON, ANGELA
    TOMEY, CHRISTOPHER TONEY, JUAN
20  TORRES, PRISCILLA MARIE TORRES,
    ALEXANDRIA TORRES, ESTHER
21  TORRESULLOA, JENNIFER TOY, MARKO
    TRAJKOVIKJ, JIMMY TRAN, SUSAN
22  TRAN, AMANDA TRAXLER, GRETCHEN
    TREJO, SUE TRUEBLOOD, ADRIANNA
23  TRUJILLO, ROBERT TRUJILLO, MABEL
    TSI, FRANK TUCCI, TAMMY TYLER,
24  RUTH TYSON, JERRY UPCHURCH,
    MAURIZIO URSETTA, JULIE VAD,
25  ANDRES VALDES, CAROLINA
    VALENCIANO, JEFFREY VALFER,
26  JEFFREY VAN DAM, SAMNANG VANG,
    BILL VANHORN, BOB VANNINI, DEREK
27  VANWINKLE, TYLER VARELA-RIVAS,
    RUDDY VARGAS, VICTOR VARNEY,
28  WENDY VASQUEZ, YVONNE VASQUEZ,

CYNTHIA VASQUEZ, ALEXANDRIA
VAZQUEZ, REBECCA VELAZQUEZ,
FLOYD VERGARA, RENEE VETTER,
TIMOTHY VIANE, KIM VICTOR,
MICHELLE VICTORY, FRANK VIGNERI,
LUCERO VILLA, ROMAN VILLAPANDO,
LUIS VILLAVELAZQUEZ, MICHAEL VINK,
MICHELLE VIRUET, WALTER VITERI,
ANDRES VITIOSUS, ANNETTE VODOLA,
JEANETTE VOGT, STELLA VOLKMAN,
JOY VOLTENBURG, BEE VONGPHAKDY,
STANLEY VOSSLER, MELANIE VOTAW,
TIFFANY WADE, DOUGLAS WAGNER,
WENDY WAITS, CATHERINE WALKER,
JACKLYN WALKER, LYNN WALKER,
WILLIAM WALLACE, GAYLE WALLS,
SANDRA WALSH, MICHAEL WALTON,
LISA WARDELL, DANIEL WARNER, GARY
WASHINGTON, RYAN WASNEY, PAUL
WASSERMAN, ANNA WATROUS, SUSAN
WATSON, CATHERINE WATT, STEVEN
WEAR, RYAN WEATHERBY, NICHELLE
WEATHERS, RENONA WEATHERSBY,
CRYSTAL WEATHERSPOON, TIMOTHY
WEAVER, WANE WEBBER, KERRIGAN
WEBER, BILLY WEEKS, SEAN
WEERASINGHE, ANDE WEGNER, EVAN
WEIGHTMAN, CAROL WEINBERG, TERRI
WELCH, EMILY WELKER, ANN WENZELL,
DAWN WERNER, CHRISTIAN WEST,
AMANDA WESTRICH, SHAWNA
WEYRICH, BERNARD WHALEN, WES
WHEADON, JAMES WHEELER, BRAD
WHITACRE, HAMISI WHITE, CHERYL
WHITE, SUZANNE WHITFORD, GARY
WHYTE, LISA WICKER, SARAH WILDE,
SUZETTE WILDER, ARTHUR
WILDERMAN, GINGER WILEY, DEBBIE
WILFERLING, LISA WILKINS, CARL
WILLAT, MICHAEL WILLIAMS, ROGER
WILLIAMS, DOUG WILLIAMS, DAVID
WILLIAMS, GREG WILLIAMS, LISA
WILLIAMS, SONIA WILLIAMS, DAVID
WILLIAMS, LASHEENA WILLIAMS,
TIFFANIE WILLIAMS, DEHLIA
WILLIAMSON, JASON WILLIAMSON,
ENRICQUE WILLIAMSON, ASHLEY
WILLINGER, ERIC WILLIS, ANTHONY
WILLIS, ALEXIA WILSON, LESLIE
WILSON, CLARENCE WILSON, DANIEL
WIMBERLY, ROBERT WINDHAM,
ROBERT WING, CATHERINE WINNIE,
DICK WINTERS, TIMOTHY WINTHERS,
STEVEN WISE, RICHARD WISEMAN,
GENEVA WISNEWSKI, JUDY WITASIK,

1  ALAN WOLMER, ALLEN WONE, CINDY
   WONG, JEFF WONG, ART WOOD, JOHN
2  WOODRUFF, BILLY WOODY, REGINALD
   WOOLSTON, DANIEL WOZNIAK, ANN
3  WRIGHT, CINDY WRIGHT, GREGORY
   WROBLEWSKI, GLORIA WROTEN, ZACH
4  WYLIE, NICOLE WYSZYNSKI, EDUARDO
   YABUT, ANN MARIE YADEGAR,
5  AMANDA YANCY, CARLOS YAÑEZ,
   MARIA YAOU, LOPE YAP JR, DENISE
6  YARBROUGH, PETER YAYA, SARAH YI,
   LEO YIOUPIS, ROGER YOH, JASMINE
7  YOUNG, MARY YOUNG, SHARON
   YOUNG, DAVE YUEN, MARTA ZACHARA,
8  KRZYSZTOF ZACHARA, URSULA
   ZAMORA, ALEJANDRA ZAVALA, FRANK
9  ZAZANIS, JUDY ZEEB, KRISTIN
   ZIMMERMAN, NATALIE ZIMMERMAN,
10 EMILY ZINDA, ROBERT ZIRGULIS,
   SYDNEY ZUBECK, FREDERICK ZUBRIN,
11 SUZANNE ZUNIGA, JOHN ZWIERZKO,
   NICOLE AARON, DAWN ADAMS, STEVEN
12 ADELL, ESTHER ADES, JARANDALEE
   ADORNO, JOSE AGUADO, ALICIA
13 AIELLO, DANIEL AKINS, PETER ALAU,
   SCOTT ALBERT, RUSSELL ALEXANDER,
14 DANNY ALFORD, DONNA ALLEN, RICK
   ALLEN, SUZANNE ALT, LOURDES
15 ALVAREZ, SANJIL AMIN, ARTURO
   ANAYA, JEAN ANDERSON, KRISTIN
16 ANDERSON, MARLIN ANDERSON,
   DANIEL ANDRADE, SARAH ANEYCI,
17 TASHA ANGELET, ANDREW ARAMOUNI,
   JUAN ARIAS, JOSEPHINE ARKUSH,
18 THOMAS ARMSTRONG, SUSAN
   ARNESON, SELINA ARNOLD, CHARLES
19 ARP, MARK ARSENAULT, CANDACE
   ARTERBERRY, ALISHA ASH, CRAIG
20 ASHER, LAUREN ASHLEY, YVETTE
   ASSAF, DAVID ATWOOD, KEISHA
21 AVANT, BETH BABCOCK, KAREN
   BACHMAN, EDITH KIM BAGDASARIAN,
22 BOBBIE BAHR, DAVID BAKER, JESSIE
   BAKER, SHAMARA BALDWIN, JAMES
23 BALES, JESSICA BANAS, TAMUEL
   BANKS, TYRONE BANKS, ARTHUR
24 BARBER, TIAH BARDON, KRIS BARKER,
   MARY BARNETT POWELL, RACHAEL
25 BARNETT, GARY BARRETT, AMBERLY
   BARTLETT, PHILIP BASS, HENRY
26 BASSEN, SHARON BEAMISH, KRISTIN
   BECK, BARBARA BECK-AZAR, TIMOTHY
27 BECKENHOLDT, ALAN BECKMAN,
   MICHAEL BELL, THEODORE BELL,
28 PATRICIA BENIGNI, KIM BENJAMIN,

Notice of Removal

1 | VALERIE BENNETT, LORA BENSON, EDWARD BERENHAUS, DENNIS
2 | BERGSTRAND, ROSEMARY BERNHARD, MELISSA BERTOLINO, STEVEN BESTE,
3 | MARYELLEN BICER, AARON BIDERMAN, KAREN BIGGS, KATE BISHOP,
4 | CHANTELLE BITTINGS, KATE BLACK, SHELLEY BLACKLER, SAM BLANK,
5 | STEVEN BLANYAR, BRIAN BLAZEVICH, RENEE BLITEK, STEVEN BLOOME,
6 | MCCRACKEN BOBBI, MARYN BOESS, TEKISHA BOLER, DEB BOLUS, TANYA
7 | BONANO, LENNA BONILLA, BRUCE BONNER, CHRISTINE BOROVOY,
8 | SUZANNE BORZAK, MADRONA BOURDEAU, TIFFANEY BOXLEY,
9 | MICHAEL BOYERS, JANIE BRACKNEY, JASMINE BRADFORD, EZRINA BRADLEY,
10 | SHASHAUNNA BRADLEY, PAMELA BRAGG, FRAN BRANDVOLD, BRIAN
11 | BRENNER, ASHLEY BRIDGES NEGRON, KYA BRIGGS, RICHARD BRINE, ERIKA
12 | BRINKMANN, ANDREA BROADWATER, BARBARA BROOKS, HEATH BROUGHTON
13 | AWW BROUGHTON, MARIE BROWN, SARAH BROWN, SHARON BROWN,
14 | STEPHAN BROWN, TIMOTHY BROWN, ELIZABETH BROWNRIDGE, MADELINE
15 | BRUNI, REDDICK BRYAN, NICOLE BRYANT, LEE BUCCOLA, PERRY
16 | BUCHALTER, AMASHAWN BUCHANAN, PATRICIA BUCK MIANO, MORGAN
17 | BULLOCK, ETHAN BURDIN, GLORIA BURGESS, TERRYHI BURKE, LORIE
18 | BURNETTE, ANN BURNS, NIKIA BURTON, SAM BURTON, LATEAKA BUSBY,
19 | JEFFREY BUTLER, RICHARD BUTLER, BRIAN BYLLS, ANN CALDERONE, PEGGY
20 | CALE, CONSTANCE CALLAWAY, ORLANDO CAMACHO, JANET
21 | CAMPBELL, SHIRLEY CAMPBELL, ROBERT CANNON, LI CANORRO, DAVIDE
22 | CANTONI, DEBI CAPLES, JEANETTE CAPRIA-LAZZARO, MARC CARBONE,
23 | MICHAEL CAREY, SANDRA CARR, CYNTHIA CARRAMUSA, RACHEL
24 | CARROTHERS, CHARLENE CARSELLO, PAMELA CARTHEW, LARA CASH,
25 | VONETTA CASON, COTA CASSANDRA, SARA CASTILLO, SILVIA CATTEN, MARY
26 | ELLEN CATUBIG, JUSTIN CAUDELL, MARY CHALABI, ANNETTE CHALLENOR,
27 | MARY CHAMBERLIN, BARBARA CHAMBERS, LAURA CHAMBLEE, ADAM
28 | CHAPPELL. VADIM CHEBOTAREV,

ROBERT CHENOFF, BERNADETTE CHIARAMONTE, JENNIFER CHIARAMONTE, JERRY CHIN, JOHN CHO, KYUNG CHOI, MICHAEL CHOROS, ROSA CHOWNING, THOMAS CHRISTENSEN, KAREN CHRISTIANS, DENNIS CHRISTIE, SANDRA CHURCH, ALAN CICENAS, JULIA CILIBERTI, MICHAEL CITARELLA, DARRYL CLARK, PHILIP CLARK, MICHAEL CLEMENTE, GARY CLOUTIER, HOWARD COHEN, STEVEN COHEN, BRITTANY COLEMAN, CAROLYN COLEMAN, HEATHER COLEMAN, VICKI COLES, CORY COLLINS, JAMES COLLINS, MICHELLE COLLINS, PAMELA COLLINS, CORI CONDON, NAKESHA CONRAD, JENNIFER COOPER, LATONIA COOPER, RENEE COOPER, CONNIE COPE, MICHAEL CORBO, MARNELLA CORDATO, CESAR CORNEJO, KRISSY COSTA, PHILIP COSTA, BRIAN COSTELLO, NICOLE COTICCHIO, DRAONE COUNCIL, MICHELLE COWLEY, CORY CRABTREE, MARIA CRAWFORD, LYNNETTE CRENSHAW, NOVERTO CRESPO, FRANCIS CRISTOBAL, ALICE CROCK, LORI CROCKSON, THOMAS CROLY, ROSCOE CROMWELL, RICHARD CROOKS, CHANTELLE CROSBY, MICHAEL CROSBY, SHEENA CROSTON, GINA CRUZ, TONIA CRUZ, WILLIAM CULBERTSON, JAMES CUMMINGS, AUCQUNETTE CUNNINGHAM, BILLY CUNNINGHAM, JOSEPH CURCIO, SHERRY CUSHING, DAVID CZOPEK, KYSHA DABNEY, THOMAS DAHLMANN, MARY D'AMICO, CYNTHIA DAMLER, ELIZABETH DANGELO, MICHAEL DANGELO, GALE DANIELS, LINDA DARVID, LINDA DAVENPORT, CLINT DAVIDSON, TINA DAVIDSON, JENNIFER DAVIS, JOHN DAVIS, MONIQUE DAVIS, SUNDAY DAWNE-MARIE XIQUES, HONORA DAY, SANDY DEANGIO, RACHEL DECARLO, LAURA DECASTRO, LAMONT DECKER, TIM DEDINSKY, CHRIS DEFONZO, ELAINE DEGIGLIO, JASMINE DEL BORRELLO, IVAN DELLERA, JEAN DEMERS, WILLIAM DEMMON, PETER DENIET, JORIE DERMER, DAVID DESIMONE, JOHN DEWHURSTWALKER, ANGELO DIAZ, DAVID DIAZ, JESSICA DIAZ, PAUL DICKASH, TRISSAN DICOMES, DENNIS DILLON, LAWRENCE DIMARCO, HEATHER DINO, BARBARA DINWIDDIE,

1   SHERYL DISCHER, COURTNEY DITOMO,
2   APRIL DIXON, JESSICA DIXON, DAVID
    DOLFE, ANA DOMINGUEZ, FRANK
3   DOMINGUEZ, LEWIS DONLEY, KYRA
    DORMAN, JOCELYN DORSEY, DORIS
4   DORVAL, CHARLENE DOTSON, STEFANIE
    DOTY, LEEANN DOUGHERTY,
5   MADELEINE DOUTHIT, CHRISTOPHER
    DOWLING, JULIA DOYLE, ROBERT
6   DOYLE, MICHAELA DRAGON, HOLLY
    DRAPER, JASON DRAPER, GABRIEL
7   DRUEKE, ALISHA DUENAS, JOSEPH
    DUGGAN, ARLENE DUNCAN, DIANNE
8   DUNCAN, DANIELLE DUNN, JENNIFER
    EAGAR, KATE EALEY, JEFF EATON,
9   LORETTA ECHOLS, LATAVIA EDWARDS,
    BETTY EFSTATHOPOULOS, ANDREA
10  EGGLESTON MAYO, JESSICA EGLOFF,
    KEN EICHHOLZ, STACEY ELLIOTT-
11  WESTFALL, AISHA ELLIS, NEKIA
    ELLISON, LINDA EMSHOUSEN, EMILIA
12  ENFIELD, MATTHEW ENGLEBERT, CARL
    F ENNIS, CLINT ESCANDELL, AMANDA
13  EVANS, WILLIAM EVAUL, PRISCILLA
    FAGAN, REBECCA FAIRCHILD, THERESA
14  FARAGE, ELIZABETH FARRELLY, BRET
    FARRITOR, ALDO FEDRIGHINI, SHARON
15  FEELEYWOODMAN, MICHAEL FEINMAN,
    MAYA FERNANDEZ, ROSALINE
16  FERNANDEZ, ROBERT FERRARA,
    CATHERINE FINA, CHAD FISHER, JAMI
17  FLEMING MIDD, ANGIE FLETCHER,
    AMANDA FLORES, JOSIE FLORES, KEITH
18  FOLEY, NANCY FONSECA, LEAH FORD,
    RIKKI FORD, MARK FORSETH, STEPHEN
19  FOSTER, TERI FOSTER, FRANK FOULIS,
    JIM FOX, REGINALD FOX, MARK
20  FRANKENFIELD FRANKENFIELD,
    ASHLEY FRAZIER, BRANDIS FREEMAN,
21  CHARNELL FREEMAN, JEANNINE
    FREUDENBERG, ASHLEY FRIEND,
22  CORNELIA FULMORE, JAMES FUNICELLI,
    PAUL GABTIELE, RENEE GALE, BECKY
23  GALIPEAU, STACEY GALITOS, SHANNON
    GALLOWAY, FRANK GANDOLFO,
24  ROBERT GAONA, CAROLINE GARCIA,
    CHRISTINA GARFAGNA, MONIQUE
25  GARNEAU, ELIZABETH GARRO, WILLIAM
    GARVIN, ROBERT GASPARRO, MARK
26  GASPERINI, BARBARA GATENS, JAMES
    GAYNOR, BILL GENZOLI, MACROY
27  GERALDINE, ANGELA GERMANY,
    TRACEY GESELL, ANGELO GIBSON,
28  CONSTANCE GIBSON, MARYANN
    GIBSON GIBSON, JASON GILBRAITH,

Notice of Removal

1   ERIC GILLESPIE, GERRY GILMOR, GIGI
    GIORGIO, ANTHONY GLEBOCKI, HALEY
2   GLOSS, DOREEN GODARE, DEAN GOFF,
    SHERRELL GOMILLIA, GUY GONDRON,
3   NARCISSE GONZALES, GUS GONZALEZ,
    JOEL GONZALEZ, KERMIT GOODMAN,
4   NICOLE GORDON, JAMES GORMLEY,
    SARAH GRANT, ALYSHA GRAY,
5   PATRICIA GRAYSON-CANTY, AME
    GRECO, STEVE GREENBERG, JUDY
6   GREER, LISA GREGG, TASHEICA
    GRINDLY, KATHY GRISZ, THOMAS
7   GROSSMANN, JOSHUA GROVE, SHEENA
    GROVER, MILLS GRUBER, SARA
8   GRULICH, BARBARA GUIDO, KEITH
    GURNICK, HENRY GUTOWSKI,
9   KIMBERLY HABERMAN, SHERYL
    HADEKA, RHIANNON HAEFFNER,
10  BARBARA HAFKEY, KENNETH HAGAN,
    SHERRY HAGERMAN, MARINA
11  HAGSTROM, KATIE HAHL, ZACHARY
    HALL, PAUL HALLEY, ADAM
12  HALLOWELL, ELIZABETH HAMANN,
    LUTANDO HAMILTON, TARA HAMILTON,
13  JO ANNE HANDS, LISA HANGES, KEVIN
    HANNEMAN, MERIDETH HANSEN,
14  STEFANIE HANSEN, TAYLOR HARDER,
    DARRYL HARRIS, JANET HARRIS, JASON
15  HARRIS, RUTH HARRIS, JESSE
    HARRISON, EMIKO HARTLEY, SHERRI
16  HARTLEY, AMANDA HARVEY, RENITA
    HARVEY, STEVEN HASHIMOTO, HAROLD
17  HAUSER, AMBER HAUSFELD, DANIEL
    HAYES, PAMELA HAYES, CAROL HEARN,
18  HEATHER HEENAN, MONICA HEINZMAN,
    JAN HELLMANN, DEREK HEMPHILL, JON
19  HENDERSON, LAUREL HENDERSON,
    PORSHA HENDERSON, SHANE HENDRIX,
20  MARK HENNECKEN, TYRAN HENNING,
    DOMINIC HENRY, DOUGLAS HENRY,
21  THOMAS HENSON, RYAN HERNLEY,
    GEORGIA HERREN, KATHERINE HERZOG,
22  AMY HEYL, MARK HICINBOTHEM, AL
    HICKS, JODY HIDEG, NATHAN HIGGINS,
23  TOKI HILL, TERENCE HINES, DEVINA
    HINOJOSA, MAYNARD HIRSCH,
24  EMMANUEL HOACHLANDER, SANDRA
    HODGE, CORY HODGES, LORETTA
25  HOFFMANN, ANNE HOGAN, DAVID
    HOLBROOK, DAN HOLLAND, DEBRA
26  HOLM, EVELYN HOLMES, STEVE
    HOPPEL, VERONICA HORNE, CRYSTAL
27  HOTT, STEVEN HOUANG, MIRANDA
    HOWARD, REBECCA HOWITT, RONNI
28  HUA, KAREN HUDSON, CARLA HUGHES,

Notice of Removal

1  CHRISTINA HUGHES, DAVID HUGHES,
   ASHLEE HUMES, JOHN HUNEYCUTT,
2  JAMES HUNT, SHELLY HUNTINGTON,
   SARAH HURLEY, RICHARD HUROCY,
3  LINDA INGLIS, PAMELA INGRAM,
   TRAVIS INSKEEP, TERRY IWANIW,
4  LONNIE JABOUR, CHARLOTTE JACKSON,
   DAWN JACKSON, JERMANE JACKSON,
5  LATRICIA JACKSON, LISA CAMILLE
   JACKSON, ORA JACKSON, SHEELA
6  JACKSON, SONYA JACKSON, TIFARAH
   JACKSON, KAREN JACOBSEN, EDWARD
7  JACOBUS, CANTORE JAMES, STOLER
   JAN, CLINTON JANES, DENNIS JANS,
8  JENNIFER JENKINS, TRISSA JENKINS,
   MICHAEL JENSEN, KATHY JIMENEZ,
9  KAREN JOHN, AMY JOHNSON, DATECHA
   JOHNSON, DAVID JOHNSON, DESHON
10 JOHNSON, EURTHIA JOHNSON, JESSICA
   JOHNSON, JOHN JOHNSON, KENISHA
11 JOHNSON, LETISHA JOHNSON, TED
   JOHNSON, TRACEY JOHNSON, STONE
12 JONATHAN, ALMIRA JONES, CAVIN
   JONES, DAMEKA JONES, DARRON JONES,
13 DAWN JONES, DEMETRIUS JONES, DIANE
   JONES, JOE JONES, KATRINA JONES,
14 TRACI JONES, SCOTT JORDAN, DAVID
   JORDANO, STANLEY JUDSON, CECILE
15 KAHR, PHILIP KALINOWSKY, KATHY
   KAMAUU, MARY LOUISE KAMINSKI,
16 SCOTT KANE, AARON KAPNER, RANDY
   KAREY, STEVE KASPER, CAGLE
17 KATHLEEN, BRIAN KAWA, MARK
   KEANE, GREGORY KEHL, PAMELA
18 KELLAMS, MARY KELLER, PRECILLA
   KELLEY, LORI KELLY, SHARON
19 KENDRICK, LEO KENEN, MATTHEW
   KENLY, JENNIFER KENNEDY, KELLIE
20 KENNEDY, EDWARD KEP, MAX
   KETCHAM, MICHAEL KILLIUS, JAMES
21 KIMBER, JIM KIME, JUDY KINAL, CHRIS
   KING, QUINTIN KITTLE, LIZ KLARNER,
22 ASHLEY KLEIN, KATE KLEIN, VICTOR
   KLEIN, SCOTT KLICK, MARIAN KLOTER,
23 CAROL KNIGHT-WALLACE, STEVEN
   KNUTSON, KRISTEN KOERBER, CAROL
24 KOHEN, THADDEUS KOLKE, TIMOTHY
   KOLZOW, JUDITH KOSINSKI, ANITA
25 KOSTBADE, KATHLEEN KOZLINSKI,
   MICHELLE KRASLEY, RITA KREBS, DON
26 KRIST, LEON KROFT, KIMBERLY KRUG,
   JOEL KRUGLER, KEN KUCHAR, KAREN
27 KUCHEL, STEVEN KULHANEK, DEBBIE
   KUROWSKI, KATHLEEN L OBERG,
28 GEORGE LABATO, KAREN LACORTE,

1  DARLENE LAMPSON, GREGORY LANGL,
   TONYA LARAMORE, ROBERT LASICH,
2  JONN LATORES, BEVERLY LAUDE,
   BERNADETTE LAUFF, MACKENZI
3  LAWSON, HEATHER LAYTON, MICHAEL
   LAZAROFF, CARLA LEATHERS,
4  FRANCZYK LEE, ALAN LEFTON, GARY
   LEIGHTON, SCOTT LENNETT, MARK
5  LENNON, THOMAS LEONARD,
   CHARMAINE LESANE, PAMELA LESSNER,
6  ELIZABETH LESTER, MARCIA LETIZIA,
   LINDA LEVITSKY, JONATHAN LEWIN,
7  CHERRILE LEWIS, RALPH LEWIS, AISHA
   LEWIS-JARRETT, BAXTER LINDA, EMILY
8  LINDSAY, GREGORY LITTLE, RAYMOND
   LIZZIO, JENNIFER LOCK, WHITNEY
9  LOCKHART, ANTHONY LOMBARDO,
   PRESTIN LONG, STEVEN LONG, GARY
10 LOOMIS, DOMINIC LOSQUADRO, JANET
   LOVE, KEN LOVE, STEVEN LOVE, BRYNN
11 LOVELL, MICHAEL LOWE, MO LOWERY,
   MICHAEL LUCKEY, JOYANNA LUGO,
12 KRISTINE LUIS, LOUIS LUTCHER, DON
   LUTZ, JEANETTE LYNCH, HIEN LYONS,
13 STEPHEN LYONS, JEAN MACALUSO,
   DANA MACDONALD, CHRISTINE MACE,
14 PAM MACE, TORRIE MACK, VERNELLE
   MACK, KEITH MACKEY, SHERRI
15 MACKEY, RILEY MACKOWIAK, JOHN
   MACMILLAN, JONATHAN MAER, ROBERT
16 MAGIO, MICHAEL MAHAR, THOMAS
   MAIER, ALBERT MAIMON, JOSEPH
17 MALATIA, ASHLEY MALINOWSKI,
   JOSEPH MANLEY, ANN MANN,
18 JONATHAN MANNING, SUSAN MANNS,
   KIMBERLEY MARASCO, THERESA
19 MARCHIONE, TILLIS MARIE, MARC
   MARINI, KATHY MARLEY, ARIANA
20 MARQUEZ, SANDY MARSH, KARINA
   MARTINEZ, ROGELIO MARTINEZ, CINDY
21 MASON, JULIE MASON, JILL MASSIE,
   BRENDA MATISH, BARBARA MATTHES,
22 NEIL MATTHEWS, THOMAS MATTSON,
   SUSAN MAVIS, FELISHA MAY, SUSAN
23 MAYER, DAYNA MAZUREK, CHRIS
   MCAFEE, COLLEEN MCCARTHY,
24 HOWARD MCCLAIN, VIRGINIA
   MCCLURE, MELISSA MCCOMBS, JOHN
25 MCCORMACK, BERNADETTE MCCOWAN,
   GENE MCCOY, KEVIN MCCRORY, NANCY
26 MCDONALD, SHARON MCDOWELL,
   ANNETTE MCFARLANE, GARY
27 MCGIBBON, BARBARA MCGRATH,
   DANIEL MCINTYRE, CHRISTINA
28 MCKALE, PATRICK MCKEE, KIMI

1  MCKEEVER, MARY MCKENNA, WILLIAM
   MCKEON, KEVIN MCKERNAN, RANDI
2  MCMANUS, JON MCNULTY, THEODORE
   MECZYWOR, ABBEY MEEKS, RUANDA
3  MEJIA, GARY MELO, CONSTANCE
   MELTON, JAMES MENDELSOHN,
4  NICHOLAS MENNECKE, CANDACE
   MERCER, LILLIAN MERCER, DAVID
5  MESSENGER, JESSICA METCHICK,
   ROBERT MEVEC, ADAM MEYER,
6  MARYMAE MEYER, JACQUELINE
   MIDDLETON, JOSEPH MIELE, BRIAN
7  MIGIOIA, STEPHEN MILCARSMY III,
   FELICIA MILES, JUDY MILLER,
8  LADIASHA MILLER, MICHELLE MILLER,
   BRIDGET MINTON, DOMINIQUE MIRZA,
9  ANNE MITCHELL, BRETT MITCHELL,
   ROBERT MOBERG, JOSE M MONSALVE
10 DIAZ, CANDACE MONTGOMERY, CINDY
   MONYEK, MELISSA MOONEY, BETTY
11 MOORE, MONIQUE MOORE, SHARON
   MOORE, MIKE MORONE, LORI MORRIS,
12 TANYA MORRIS, JAMES MORRISON,
   DONALD MORSE, CHER MOSER, DAN
13 MOSKOWITZ, KANDICE MOSLEY,
   MELISSA MOTTERN, HENRY MOTTOLA,
14 BEKAH MOYA, SETH MOYER, STEVEN
   MURANSKY, CHRISTINA MURPHEY,
15 MARY MURPHY, JAMES MURRAY,
   ROBERT MURRAY, JOHN MUSNICKI,
16 HANNAH NANCE, MEGAN NEIL, ANDREA
   NELSON, LIANE NEPTUNE, KELLI
17 NERGER, LAWRENCE NEVEL, RON
   NEWMAN, JAMES NG, PAULA NICHOLS,
18 CHAD NICKLESS, FRANK NICOSIA,
   PAULETTE NIEWCZYK, THOMAS NISSEN,
19 JAMES NOLAN, STEVEN NOLFI,
   STEPHANIE NORRIS, MICHAEL NOVAK,
20 TERRY NOVICKI, DEBRA OBERLE, RYAN
   OCONNOR, JULIE ODONNELL, KENNETH
21 OEHMKE, SHANESHA OGARRO, PETER
   OH, SUSAN OLDHAM, AMU OLESNEVICH,
22 MARIA OLIVERA, MOLLY OLSEN,
   KIMBERLY OLSON, RICHARD ONCENA,
23 CHRIS O'NEAL, RYAN OPICK, JERRY
   ORTEGA, JUAN ORTIZ, KATHERINE
24 O'SULLIVAN, KERRY OSWALT, DELIA
   OTERO, PAULA OUMANSKI, CHRIS
25 OVERSTREET, PAMELA OWENS, JESSICA
   PACK, INGRA PAGE, JYOTHI
26 PALLAPOTHU, ROBIN PALLEY,
   DOROTHY PALM, KENNETH PANARO,
27 ANDREW PARGAMENT, RICKY PARKER,
   SHANNON PARKER, TARA PARKER,
28 SHERRY PASQUINELLI, ROSEMARIE

1   PASSI, MICHELE PASTERNAK, WALDRON
    PAT, TERRI PATTERSON, TONYA
2   PATTERSON, SCOTT PATTISON, RICK
    PAWLING, BRETT PAYNE, DENISE
3   PAYNE, MAI LIIS PEACOCK, KATHY
    PEARSON, JON PECK, STEPHANIE PECK,
4   PATRICIA PEDITTO, ERICA PEDRO, MARY
    PEDUZZI, DWAYNE PEEL, PHYLLIS PEGG,
5   SARAH PELLE, STACIE PENDLETON,
    ASHANTI PENN, SHALA PEREZ, CALVIN
6   PERKINS, ERICA PERRY, DON PETERSON,
    MICHAEL PETERSON, NATALIE
7   PETERSON, LANCE PETRY, JAYNE
    PEYTON, HOWARD PFEIFFER, AMANDA
8   PFISTNER, KATHY PHELAN, JAN
    PHILLIPS, BARBARA PIPEK, CAROL
9   PITTARELLI, JENNY POBERETSKY, BIL
    POGGENSEE, JAMES POLK III, KERI
10  POMA, GREG POND, JESSICA PONTI,
    PATTI POTEMPA, ROBIN POULIN,
11  STEPHANIE POULOS, HELENE PRICE,
    ROBERT PROVOST, TIFFANY PRUITT,
12  JAMES PRZYBYLSKI, ROSEMARY
    PUCKELWARTZ, LENORE QUATTROCKI,
13  LUZ QUINATOA, TERRY RAKOSKY, ALEX
    RAMOS, ALFRED RAMOS, JEFF
14  RAMSDELL, DARLENE RANDALL,
    JASMIND RANKIN, ERIC RAYGOR,
15  CHARLES READ, BILL REED, RAQUEL
    REED, WINSTON REED, PATTI REEDER,
16  NICOLE REICHMAN, DALE REIMER,
    ALEXANDRA REISER, MARYANN
17  REITANO, ARTHUR RENTON, PAMM
    REYNOLDS, KIA RHYM, AUSTIN
18  RICHARD, ANTARES RICHARDSON,
    QUIANA RICHARDSON, SHERDINE
19  RICHARDSON, TIFFANY RIGGS, CASSIE
    RINKER, HARVEY RISON, JOSE RIVERA,
20  DIANE RIZZIO, JEFF ROACH, JONATHAN
    ROACH, NADIA ROBERTS, TROY
21  ROBERTS, LATORYA ROBERTSON,
    ROSANNE ROBINSON, BERGEN ROBYN,
22  KELLY ROCCO, EDWARD ROCKS,
    GILBERT RODRIGUEZ, JEANNETTE
23  RODRIGUEZ, JOANNA RODRIGUEZ, JOSE
    RODRIGUEZ, LUZ RODRIGUEZ, ZINNIA
24  RODRIGUEZ, RONALD ROGERS, VURSLA
    ROGERS, AMANDA ROLLINS, BARB
25  ROMERO, MERLYN ROMERO, VICTOR
    ROSADO, MICHELE ROSAR, RICHARD
26  ROSBROOK, JACOB ROSE, MELISSA
    ROSE, AKELA ROSS, DIANA ROSSON,
27  DANNY ROUNDTREE, KAREN ROWAN,
    PATRICIA ROZZO-PIGOTT, BARBARA
28  RUBIO, MISSY RUMINSKI, HELEN RUSH,

JAMES RUSH, CELESTE RUSIN,
KIMBERLY RUSSELL, SIPEI RUSSELL,
TYDREA RUSSELL, ANELLA RUSSO,
JAIME RUSSONIELLO, JERRY RUTH,
ADAM RUTTEN, PATRICIA RUTTER,
CHRIS RYBITSKI, SALLY SADLO,
ANTONIO SALCEDO, TINI SAMMONS,
KENDALL SAMPLE, ROSARIA SAMUEL,
LILA SANCHEZ, BEVERLY SANDERS,
RICH SAUSER, GERARD SAWICKI, DOUG
SCAGGS, WILLIAM SCARBOROUGH,
NICOLE SCHAFFER, JANET SCHALL,
TONYA SCHARRINGHAUSEN, ARTHUR
SCHERR, MARY SCHEUERMANN,
JENNIFER SCHLEGEL, GARY
SCHLEGELMILCH, RACHEL SCHMITZ,
JUDY SCHNEIDAU, KRISTY SCHNEIDER,
SCOTT SCHOLLENBERGER, MICHAEL
SCHORE, REBEKAH SCHREADER,
DANIELA SCHROEDER, PAMELA
SCHUSTER, JEFFREY SCHWARTZ,
RONALD SCHWARTZ, WOLF SCHWARZ,
HOLLY SCHWERTFEGER, BRUCE SCOTT,
LORRAINE SCOTT, MICHAEL SCOTT,
LYNNE SEBASTIAN, GINA SEGADELLI,
PHILLIP SEGO, MATT SEINBERG, JAMES
SERTICH, JEFFREY SERTICH, JOHN
SETLIFF, ROBERT C SETTLE JR, FAHEEM
SHABAZZ, BARTE SHADLOW, CHRISTIE
SHARMA, MACHHINDER SHARMA,
KRISTY SHAWEN, SHANNON SHELL,
BRIDGES SHERRY, ROBERT SHOLITON,
RANDALL SHOTTS, JOHN SHULDA,
LAWRENCE SIEGEL, RICHARD
SIEGFRIED, ROBERT SIGMON, KEITH
SILLS, JACQUELINE SIMMONS, REBECCA
SIMON, ALEXANDER SIMOTES, ALISON
SIMPSON, ELIZABETH SIMPSON,
SUMMER SINGER, TERESA SISK, BRYAN
SISON, LYNN SKALLA, REBECCA
SKELTON, WILLIAM SKORUPA,
MARGARET SLIGHTE, ANN SMITH,
KAREN SMITH, KIM SMITH, LULA SMITH,
MICHAEL SMITH, ROSE SMITH,
YOLANDA SMITH, WAYNE SMITRESKI,
EMILY SNIDER, TAYLOR SNYDER, CHRIS
SOBIESKI, BETH SOLTESZ, PAUL
SONNENFELT, CRYSTAL SORG,
ROLANDO SORI, NIKKI SORTORE,
KIMBERLY SOWELL, LACSEY SPARLING,
DARLENE SPIEGEL, JEFFREY SPIEWAK,
MARK SPIKER, PAUL SPILLER, GREGORY
SPINA, GREGORY SPOONER, KEVIN
SPOONER, CAROLYN ST ANGEL, JOSEPH
STACHEWICZ, DENEEN STAMOUR,

1  COLLEEN STANTON, WILL STEARMAN,
   JESSICA STEELE, DWAYNE STEFANIAK,
2  CHARLES STEINMAN, LYNISHA
   STEPHENEY, KENDRA STEPHENS, ROBIN
3  STEPHENS, DANIEL STEVENS, DENISE
   STEVENS, GRAYLAND STEWART, DAVID
4  STIEGLITZ, JOHN STILES, CARL STOLZ,
   EDWARD STONER, DAVID STOREY, JOE
5  STORNELLO, HEATHER STOUT,
   CLAYTON STREETS, TY STRICKER,
6  ADAM STROH, KATHRYN STROH,
   JENNIFER STROUSE, YVETTE STROUSE,
7  LAURA STRUNK, VANCELLEN
   STURGEON, DAVID SUCHARSKI, NICOLE
8  SUFFREDINI, STEVEN SUHS, MARILYN
   SULLIVAN, SARAH SULLIVAN, JOHN
9  SUNDERMAN, SIMON SUNG, ARTHUR
   SWEATMAN, WILLIAM SWISHER, SEAN
10 SYRON, WALTER SZCZUKA, MYLES
   TAMBURRINO, MONTGOMERY TAMMY,
11 BRIAN TATE, KEZIA TATHAM, TERESA
   TAYLOR, CAROLYN TEDESCHI, STEVE
12 TEMKIN, DOUGLAS TERRY, SHIRLEY
   THIELE, ADRIANNA THIMONS, PETER
13 THOMAS, TSELANE THOMAS, BEVERLY
   THOMPSON, CARL THOMPSON, CHARLES
14 THOMPSON, CHERYL THOMPSON, RENEE
   THOMPSON, WILLIAM THOMS, ALLISON
15 THURMAN, STEPHEN TIANO, ALNITA
   TILLMAN, HELEN TIMARI, RICHARD
16 TITUS, MATTHEW TOBJY, WILLIE
   TOLLIVER, CHARLES TOMAS, DEBRA
17 TOMAS, CHANTELLE TOMPKINS,
   SUSANA TORO, JENNIFER TORRES,
18 DENISE TOWER, SARAH TRANT, MARIA
   TRAVERS, SUZANNE TRAYHAN,
19 CHRISTINA TRENOR, ALISHA TRENT,
   APRIL TREXLER, FRANKIE TRINKLE,
20 MARC TROBMAN, DEBORAH TRUJILLO,
   WAYNE TUCKER, LOUIS TULINI, MEGAN
21 TULLY, CARA TUMBIOLO, MICHAEL
   TUMINO, GREGORY TURNER, FRANK
22 TURRIGIANO, ERIN TWOMEY, DEWEY
   TYLER, MATTHEW URCHICK, MARCO
23 POLO URIOSTEGUI, JOSHUA VALLEE,
   ALEXIS VAN DER BOGART, BOBBIJO
24 VAN ORMAN, DIANA VANCE, KEVIN
   VANN, SHERRI VANSANT, BREE
25 VANVOOREN, AMANDA VARGO,
   LEEANN VARRONE, JERRY VASILATOS,
26 DENISE VELASQUEZ, IVAN VELEZ,
   TAYLOR VIGIL, PETER VISCONTI, LAURA
27 VITALIANI, MARK VOELKEL, GREGORY
   VOGT, STEVE VOGT, CAROLYN
28 VOLKMAR, RANDY VONDERHAAR, LEE

Notice of Removal

1 WACH, TRAVIS WAGNER, WILLIAM
WALCHESKY, JAMES WALKER, LISA
2 WALL, ERICA WALLACE, MARK
WALLACE, DENISE WALLS, ROBERT
3 WALSH, BRITTANY WARD, MOHAMMAD
WARDEH, AMBER WARE, MARINA
4 WASHINGTON, ROSALYN WASHINGTON,
RAVEN WATKINS, RICHARD WATKINS,
5 ROBERT WATSON, SAM WATSON, NEIL
WEBB, BRENDA WEIDMAN, GARY
6 WEINSTEIN, GARY WEISS, JULIE WEISS,
SIMONE WEISSMAN, KAIRA WELCH,
7 ERIKA WELLS, SHARON WELLS, GARY
WENDT, DENISE WEST, KEVIN WEST,
8 MICHAEL WEST, JONATHAN WESTHOFF,
JANINE WESTLUND, JENNY WESTLUND,
9 STUART WEXLER, JANE WHITAKER,
KEVIN WHITE, PATRICIA WHITE,
10 VICTORIA WHITE, DWIGHT WHITEMAN,
FRED WHITTLE, AMY WIATER,
11 JONATHAN WICHTER, GWYNNETH
WILDCATT, NATALIE WILEY, DELIA
12 WILKERSON, CHRISTOPHER WILLCOX,
STUDNICKA WILLIAM, LA-SHONDA
13 WILLIAMS HARPER, CAMARON
WILLIAMS, CARMELLA WILLIAMS,
14 DIANA WILLIAMS, KAREN WILLIAMS,
LEKEISHA WILLIAMS WILLIAMS,
15 MARCUS WILLIAMS, METRO WILLIAMS,
MICHELLE WILLIAMS, TRAYCEE
16 WILLIAMS, TYISHA WILLIAMS, ZORANA
WILLIAMS, MIKHAIL WILLIAMSON,
17 ROSA WILLS, MICHAEL WILLSON,
MICHAEL WILSON, RENE WILSON,
18 SHERRI WILSON, TIM WIMBERLY,
SHANNON WING, DEBRA WINSHIP, JOHN
19 WINTER, CHRISTOPHER WINTERS, MARK
WISE, ELIZABETH WITTY, ALAN
20 WOJNAROSKI, JENNIFER WOLLAN, RICH
WOLTER, ELIZABETH WONDERLING,
21 KEVIN WONG, BRIAN WOOD, CASANDRA
WOOD, MICHAEL WOODARD, JESSICA
22 WOODMAN-HARDY, DEBBIE WOODS,
ROMELLA WOODS, PETER WOOLSEY,
23 ADAM WRIGHT, SANDRA WRIGHT,
WENDELYN WRIGHT-BEY, MOONCHING
24 WU, JULIE WURZEL, DEMETRIUS WYATT,
STEPHEN WYLIE, MICHELE
25 YARBOROUGH, EBONE YATES, AMY
YEOMANS, NICOLE YORI, SHAWN
26 YOTTER, DUSTIN YOUNG, HOLLY
YOUNG, KENNETH YOUNG, CARL
27 YOUNGMANN, GILBERT
YOUNGROLAND, EDWIN YUAN,
28 MICHAEL YUCHA, RANDALL ZABEL,

{276085.1}                    29
Notice of Removal

1  ADAM ZALOUM, KEITH ZAMBA, JOEL
   ZEIGER, KEN ZIFF, KIM ZIGO, DANIEL
2  ZOLOCSIK, MISSY ZUBER, AND
   MYKHAYLO ZVIRYSHYN,
3
4              Defendants.

5

6

7          **TO:** Clerk of the U.S. District Court for the Central District of California,

8  Southern Division

9          **PLEASE TAKE NOTICE THAT** the *Aaron* Defendants (as defined below) in

10 the state court action described herein, pursuant to 28 U.S.C. §§ 1331, 1367, 1441,

11 1446, and 1447, hereby remove that action to this Court and that the *Arnoff* Defendants

12 (as defined below and, together with the *Aaron* Defendants, "Defendants") hereby join

13 in that removal. Pursuant to 28 U.S.C. § 1446(d), copies of this Notice of Removal will

14 be served on counsel for Plaintiff Epson America, Inc. ("Epson") and are being filed

15 in the Superior Court of the State of California, County of Orange.

16                          **<u>INTRODUCTION</u>**

17         1.     Defendants seek to arbitrate federal and state claims against Epson

18 America, Inc. ("Epson"), arising out of Epson's practice of "updating" the firmware

19 and software in Defendants' Epson printers to prevent those printers from using

20 inexpensive, non-Epson ink cartridges. Epson imposes these "updates" on its

21 customers without disclosing their purpose or effect, locking its customers into buying

22 more expensive ink from Epson—an anti-competitive practice that violates antitrust

23 and consumer protection laws, as well as the federal Computer Fraud and Abuse Act.

24 15 U.S.C. §§1, 15; the California Consumer Rights Act, Cal. Civ. Code §1770(a)(4)-

25 (5), (9); and the Sherman Act, 18 U.S.C. §1030.

26         2.     Epson requires all consumers who purchase and set up one of its printers

27 to agree to a written Software License Agreement ("SLA") which includes a mandatory

28 arbitration clause with a collective action waiver.

3.      The SLA has an extremely broad delegation clause, under which "[t]he arbitrator, and not any federal, state or local court or agency, shall have exclusive authority to resolve all disputes arising out of or relating to the interpretation, applicability, enforceability or formation of th[e] Agreement, including any claim that all or any part of th[e] Agreement is void or voidable." SLA ¶ 14.6.

4.      As Epson recognizes, Defendants' disputes with Epson belong in arbitration. More than once, Epson has fought vigorously and successfully to compel class actions, stemming from the exact same facts that Defendants seek to assert here, to arbitration before JAMS. *See Mondigo v. Epson America, Inc*., No. 20-cv-4400, 2020 WL 8839981 (C.D. Cal. Oct. 13, 2020); *Galgon v. Epson America, Inc*., No. 2:2021-cv-01794, 2021 WL 4513638 (C.D. Cal. June 16, 2021). Epson successfully argued the arbitrator, and not the court, decides all disputes between the parties, including disputes as to whether the arbitration agreement was valid, whether an agreement to arbitrate had been formed, and the scope of the issues that were for the arbitrator as opposed to the courts. *See id*.; SLA at ¶¶ 14.1, 14.6.

5.      After months of negotiations and an unsuccessful mediation, in March 2023, 1,833 Epson customers—who are a subset of Defendants (the "*Arnoff* Defendants")—filed individual consumer arbitrations before JAMS, the arbitral forum designated by their agreements with Epson. In response, Epson attempted to avoid arbitration by refusing to pay its arbitral fees and suing the *Arnoff* Defendants in California state court.

6.      On August 6, 2024, a separate group of 1,263 Epson customers—who are the other subset of Defendants (the "*Aaron* Defendants")—filed a Verified Petition to Compel Arbitration in this District (the "Petition").  *See Aaron, et al., v. Epson America, Inc.*, 8:24-cv-01712-FWS-DFM (C.D. Cal.), Dkt. 1.

7.      On August 16, 2024, Epson sought to file an Amended Complaint for Declaratory and Injunctive Relief ("Amended Complaint," attached as Exhibit A) in its action against the *Arnoff* Defendants seeking to add the *Aaron* Defendants as parties.

The *Aaron* Defendants now remove Epson's declaratory judgment action against them to this Court.

## VENUE AND JURISDICTION

8.    Venue is proper in this Court because the Superior Court of the State of California for the County of Orange, where the Complaint was filed, is a state court within the Southern Division of the Central District of California.  Further, Epson is a corporation headquartered in this District.

9.    This Court has jurisdiction over this case under 28 U.S.C. §§ 1331, 1367, 1441(a).

10.    Epson's August 16, 2024 Amended Complaint seeks a declaration, as well as related injunctive relief, that Epson is not obligated to arbitrate Defendants' claims against Epson, arising under the Sherman Act, 15 U.S.C. §§ 1, 15, the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, and state consumer protection laws, before JAMS. Specifically, Defendants allege that Epson's practice of "updating" the firmware and software in Defendants' Epson printers to prevent those printers from using inexpensive, non-Epson ink cartridges, without disclosing the purpose or effect of those "updates," is an anticompetitive practice that violates the Sherman Act, damages their printers in violation of the Computer Fraud and Abuse Act, and constitutes an unfair and deceptive trade practice in violation of state consumer protection laws. The operative Software License Agreement ("SLA") under which Defendants seek to arbitrate before JAMS, as well as a purported amended agreement ("Amended SLA") that Epson attached as an exhibit to its Amended Complaint, both provide for arbitration and stipulate that the Federal Arbitration Act ("FAA") governs the interpretation and enforcement of their arbitration provisions.

## BASIS OF REMOVAL

11.    This removal action arises out of an attempt by Epson to channel consumers who wish to compel it to arbitrate their federal antitrust and consumer protection claims against it into a parallel state court. Essentially, as to the *Aaron*

Defendants, Epson's state court lawsuit is the mirror of the relief already sought the
*Aaron* Defendants through their earlier-filed Petition.  In the Petition, Petitioners seek
to arbitrate the claims before JAMS in accordance with Epson's SLA in force at the
time they notified Epson of their claims.  Epson has already indicated an intention to
file its own cross-motion to compel Petitioners to arbitrate their claims before the
alternative forum in the purported Amended SLA.  *See* Dkts. 19, 20.  Despite that,
Epson amended its declaratory judgment action in state court in an attempt to include
the *Aaron* Defendants/Petitioners.

12.    The Court may look through Epson's attempt to avoid subject-matter
jurisdiction at the underlying claims that are subject to arbitration.  When a defendant
in a declaratory judgment action in state court seeks to remove the case to federal court,
"[t]he question, then, is whether a federal district court could take jurisdiction of [the
plaintiff's] declaratory judgment claim had it been brought under 28 U.S.C. § 2201,"
the federal declaratory judgment statute.  *Franchise Tax Bd. of State of Cal. v. Constr.
Laborers Vacation Tr. of Southern Cal.*, 463 U.S. 1, 18 (1983). In turn, "federal courts,
when determining declaratory judgment jurisdiction, often look to the character of the
threatened action," *Medtronic, Inc. v. Mirowski Family Ventures*, LLC, 571 U.S. 191,
197 (2014) (internal quotation marks and citation omitted), because "[a] person may
seek declaratory relief in federal court if the one against whom he brings his action
could have asserted his own rights there." *Standard Ins. Co. v. Saklad*, 127 F.3d 1179,
1181 (9th Cir. 1997). In this case, because the *Aaron* Defendants have brought a
petition to compel arbitration against Epson under 9 U.S.C. § 4—and, the *Arnoff*
Defendants could have done so, *see Aaron, et al. v. Epson America, Inc.*, Case No.
8:24-cv-01712 FWS (DFMx) (C.D. Cal.)—the question is whether a federal court
would have jurisdiction over that petition to compel arbitration. The answer is yes.

13.    The FAA provides: "A party aggrieved by the alleged failure, neglect, or
refusal of another to arbitrate under a written agreement for arbitration may petition
*any United States district court which, save for such agreement, would have*

*jurisdiction under title 28, in a civil action . . . of the subject matter* of a suit arising out of the controversy between the parties, for an order directing that such arbitration proceed in the manner provided for in such agreement." 9 U.S.C. § 4 (emphasis added). Thus, "[a] federal court should 'look through' a §4 petition to determine whether it is predicated on an action that 'arises under' federal law." *Vaden v. Discover Bank*, 556 U.S. 49, 63 (2009). Defendants' substantive claims arise under the Sherman Act, 15 U.S.C. §§ 1, 15, the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, and state consumer protection statutes. Thus, a federal district court would have federal-question jurisdiction over Defendants' claims under the former two statutes. *See* 28 U.S.C. § 1331. As Defendants' state law claims arise from the same facts as their federal claims, a federal court would have supplemental jurisdiction over the latter claims as well. *See* 28 U.S.C. § 1367.

14.    In similar circumstances, several thousand employees intended to arbitrate claims against their employer, a ride-share business.  The business sued its employees for a declaratory judgment that it was not obligated to arbitrate their claims under the Fair Labor Standards Act.  This Court applied *Franchise Tax Board*, *Medtronic*, *Saklad*, and *Vaden* to look through the employees' demands for arbitration to their "underlying" federal claims and concluded that it had jurisdiction over the business's declaratory judgment action. *See Postmates Inc. v. 10,356 Individuals*, Case No. CV 20-2783 PSG (JEMx), 2020 WL 1908302, at *5-6 (C.D. Cal. Apr. 15, 2020); *see also Oncogenerix USA, Inc. v. Pharma Resources GmbH*, Case No. 22-CV-1313 TWR (AHG), 2022 WL 17477554, at *1-2 (S.D. Cal. Dec. 6, 2022) (finding federal jurisdiction where a business sought declaratory relief that it was not obligated to arbitrate, after looking through the defendant's hypothetical petition to compel

1  arbitration and finding that it would have diversity jurisdiction over the subject matter

2  of the underlying claims).[1]

3       15.    Similarly, here, Epson's declaratory judgment action seeks to determine

4  whether (and in what forum) the parties are obligated to arbitrate Defendants'

5  substantive claims under the Sherman Act, 15 U.S.C. §§ 1, 15, the Computer Fraud and

6  Abuse Act, 18 U.S.C. § 1030, and state consumer protection statutes.  Indeed, the

7  CFAA and state consumer protection claims were the underlying claims in prior cases

8  where this Court accepted jurisdiction over Epson's own motions to compel. *See*

9  *Mondigo*, 2020 WL 8839981, at *1; *Galgon*, 2021 WL 4513638, at *1.

10      16.    Venue is proper in this District under 28 U.S.C. 1391(b).  Epson is

11 incorporated under California law and maintains its principal place of business in Los

12 Alamitos, California, in this District. Amended Complaint, ¶ 9. On information and

13 belief, Epson developed, published, and distributed its unlawful firmware and software

14 "updates" from its headquarters in this District.

15 **ALL OTHER REMOVAL REQUIREMENTS ARE SATISFIED**

16      17.    On March 13, 2023, Epson filed its declaratory judgment action against

17 the *Arnoff* Defendants.  On August 16, 2024, Epson filed the Amended Complaint,

18 seeking to name the *Aaron* Defendants (who are Petitioners in *Aaron, et al., v. Epson*

19 *America, Inc.*, 8:24-cv-01712-FWS-DFM (C.D. Cal.)), a separate group of 1,263 of its

20 customers, none of whom live in California, as defendants.

21      18.    "If defendants are served at different times, and a later-served defendant

22 files a notice of removal, any earlier-served defendant may consent to the removal even

23 though that earlier-served defendant did not previously initiate or consent to removal."

24 28 U.S.C. § 1446(b)(2)(C).  In this case, the 1,263 *Aaron* Defendants were not served

25

26 [1] Alternatively, should Epson file its own cross-motion to compel arbitration of
   Petitioners' claims before Epson's preferred arbitral tribunal, this Court could treat that
27 motion as a petition to compel the same underlying claims and conclude that it has
   subject-matter jurisdiction over Epson's declaratory judgment action.
28

1  until after Epson filed the Amended Complaint, allowing them 30 days from the date

2  of service to remove.  Even assuming that the *Aaron* Defendants were properly served

3  on August 16, 2024 (which is disputed),[2] removal is timely.  *See* Fed. R. Civ. P. 6(a)

4  ("The following rules apply in computing any time period . . . in any statute that does

5  not specify a method of computing time . . . When the period is stated in days . . .

6  include the last day of the period, but if the last day is a Saturday, Sunday, or legal

7  holiday, the period continues to run until the end of the next day that is not a Saturday,

8  Sunday, or legal holiday."); *Proctor v. Vishay  Intertechnology Inc.*, 584 F.3d 1208,

9  1225 (9th Cir. 2009) ("One defendant's timely removal notice containing an averment

10  of the other defendants' consent and signed by an attorney of record is sufficient.").

11      19.    All properly joined and served Defendants join in this removal. 28 U.S.C.

12  § 1446(b)(2)(A).

13      20.    Pursuant to 28 U.S.C. § 1446(a), copies of Plaintiff's Complaint, and all

14  other documents publicly filed, which are on the record in the case Plaintiff initiated in

15  the Superior Court of California for the County of Orange, Complex Division, are

16  attached as Exhibit B.

17      21.    Promptly after the filing of this Notice of Removal, Defendants shall give

18  written notice of the removal to Plaintiff and to the Clerk of the Orange County

19  Superior Court, California, as required by 28 U.S.C. § 1446(d).

20      22.    By filing this Notice of Removal, Defendants do not waive any defense

21  that may be available to them and reserve all such defenses, including but not limited

22

23  [2] Epson emailed undersigned counsel, who represents the *Aaron* Defendants, with an
amended complaint on August 16, 2024, but did not serve counsel with the summons
24  or a request to acknowledge service until September 10, 2024.  *Neilson v. KC Hotels*
*Grp., Inc.*, No. 5:24-CV-00755-KK-SHK, 2024 WL 2846720, at *3 (C.D. Cal. June 5,
25  2024) ("The deadline for Defendants to file a notice of removal was August 16, 2023,
i.e., 30 days following service."); *Cox v. R.J. Reynolds Tobacco Co.*, No.
26  CV1701229SJOJCX, 2017 WL 1293007, at *3 (C.D. Cal. Apr. 5, 2017) ("right to
27  remove that triggered the date it was formally served with process;") Cal. Code Civ.
Proc. § 415.10; Cal. Civ. Proc. Code § 415.30.
28

1  to those related to service of process and lack of personal jurisdiction. If any question

2  arises regarding the propriety of the removal to this Court, Defendants request the

3  opportunity to present a brief oral argument in support of their position that this case

4  has been properly removed.

5  **CONCLUSION**

6       23.    WHEREFORE, Defendants give notice that the matter bearing Case No.

7  30-2023-01315890-CU-MC-CXC, pending in the Superior Court of California for the

8  County of Orange–Complex Division, is removed to the United States District Court

9  for the Central District of California, Southern Division, and request that this Court

10  retain jurisdiction for all further proceedings in this matter.

11

12  DATED: September 16, 2024           **UMBERG ZIPSER LLP**

13  

14                                   Carole E. Reagan (Bar No. 162674)

15                                   1920 Main Street, Suite 750

16                                   Irvine, CA 92614

17                                   Telephone: 949-679-0052

18                                   Facsimile: 949-679-0461

                                 creagan@umbergzipser.com

19                                 **LABATON KELLER SUCHAROW LLP**

20                                 Jonathan Waisnor (Bar No. 345801)

21                                 140 Broadway, Floor 34

22                                 New York, New York 10005

23                                 Tel.: (212) 907-0700

                               Fax: (212) 907-7039

24                                 jwaisnor@labaton.com

25                                 **LABATON KELLER SUCHAROW LLP**

26                                 Alexander Schlow (Admitted Pro Hac Vice)

                               Morris Dweck (Admitted Pro Hac Vice)

27                                 140 Broadway, Floor 34

                               New York, New York 10005

28                                 Tel.: (212) 907-0700

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Fax: (212) 907-7039
aschlow@labaton.com
mdweck@labaton.com

*Counsel for Defendants*