**LABATON KELLER SUCHAROW LLP**
Jonathan Waisnor (CA 345801)
jwaisnor@labaton.com
Alexander Schlow (Pro Hac Vice Application Forthcoming)
aschlow@labaton.com
Morris Dweck (Pro Hac Vice Application Forthcoming)
mdweck@labaton.com
140 Broadway, Floor 34
New York, NY 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477

**UMBERG ZIPSER LLP**
Carole E. Reagan (Bar No. 162674)
creagan@umbergzipser.com
1920 Main Street, Suite 750
Irvine, CA 92614
Telephone: 949-679-0052
Facsimile: 949-679-0461

Counsel for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC.,<br><br>            Plaintiff,<br><br>versus<br><br>GRAESEN ARNOFF, *et al.*,[1]<br><br>            Defendants. | **CASE NO.: 8:24-CV-01996**<br><br>**STIPULATION CONCERNING DEFENDANTS' TIME TO ANSWER OR MOVE IN RESPONSE TO THE COMPLAINT; AND**<br><br>**[PROPOSED] ORDER** |

---

[1] A complete list of Defendants is included in the caption of the Notice of Removal. ECF No. 1.

# STIPULATION CONCERNING DEFENDANTS'
# TIME TO ANSWER OR MOVE IN RESPONSE TO THE COMPLAINT

WHEREAS, on August 16, 2024, Plaintiff Epson America, Inc. filed an Amended Complaint for Declaratory and Injunctive Relief against Defendants Graesen Arnoff, *et al.*, (the "Complaint") in the Superior Court of the State of California, County of Orange;

WHEREAS, on September 10, 2024, Plaintiff served the summons on the undersigned counsel;

WHEREAS, on September 16, 2024, Defendants filed a Notice of Removal in this Court, attaching the Complaint;

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, subject to the approval of the Court, as follows:

1. Defendants shall answer, move and/or respond to the Complaint by October 10, 2024.

DATED: October 1, 2024                **LABATON KELLER SUCHAROW LLP**

/s/ *Jonathan Waisnor*
Jonathan Waisnor (Bar No. 345801)
140 Broadway
New York, New York 10005
Tel.: (212) 907-0700
Fax: (212) 907-7039
jwaisnor@labaton.com

|   |   |
|---|---|
| DATED: October 1, 2024 | *Counsel for Defendants* |
|   | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |
|   | */s/ John W. Baumann* |
|   | John W. Baumann (Bar No. 288881) |
|   | 865 South Figueroa Street, 10th Floor |
|   | Los Angeles, California 90017-2543 |
|   | Telephone: 213-443-3000 |
|   | Facsimile: 213-443-3100 |
|   | jackbaumann@quinnemanuel.com |
|   | *Counsel for Plaintiff* |

### Certification of Compliance with C.D. Cal. L.R. 5-4.3.4

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the authorization from the above signatory representing Plaintiff to file the above-referenced document, and that the above signatory concurs in the filing's content.

*/s/ Jonathan Waisnor*
Jonathan Waisnor

### SERVICE LIST

| **Party or Parties** | **Counsel** |
|---|---|
| *Plaintiff* | Shon Morgan |
|   | shonmorgan@quinnemanuel.com |
|   | John W. Baumann |
|   | jackbaumann@quinnemanuel.com |
|   | Valerie Roddy |
|   | valerieroddy@quinnemanuel.com |
|   | Homin Ban |
|   | hominban@quinnemanuel.com |
|   | Jacqueline Wu |
|   | jacquelinewu@quinnemanuel.com |

| Defendants | Jonathan Waisnor<br>jwaisnor@labaton.com<br>Alexander F. Schlow<br>aschlow@labaton.com<br>Morris S. Dweck<br>mdweck@labaton.com<br>Carole E. Reagan<br>creagan@umbergzipser.com |
|---|---|