**LABATON KELLER SUCHAROW LLP**
Jonathan Waisnor (CA 345801)
jwaisnor@labaton.com
Alexander Schlow (Pro Hac Vice Application Forthcoming)
aschlow@labaton.com
Morris Dweck (Pro Hac Vice Application Forthcoming)
mdweck@labaton.com
140 Broadway, Floor 34
New York, NY 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477

**UMBERG ZIPSER LLP**
Carole E. Reagan (Bar No. 162674)
creagan@umbergzipser.com
1920 Main Street, Suite 750
Irvine, CA 92614
Telephone: 949-679-0052
Facsimile: 949-679-0461

Counsel for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC., | **CASE NO.: 8:24-CV-01996** |
| Plaintiff, | **[PROPOSED] ORDER** |
| versus | |
| GRAESEN ARNOFF, *et al.*,[1] | |
| Defendants. | |

---

[1] A complete list of Defendants is included in the caption of the Notice of Removal. ECF No. 1.

# [PROPOSED] ORDER GOVERNING DEFENDANTS' TIME TO ANSWER OR MOVE IN RESPONSE TO THE COMPLAINT

WHEREAS, on August 16, 2024, Plaintiff Epson America, Inc. filed an Amended Complaint for Declaratory and Injunctive Relief against Defendants Graesen Arnoff, *et al.*, (the "Complaint") in the Superior Court of the State of California, County of Orange;

WHEREAS, on September 10, 2024, Plaintiff served the summons on the undersigned counsel;

WHEREAS, on September 16, 2024, Defendants filed a Notice of Removal in this Court, attaching the Complaint;

WHEREAS, the parties hereto, subject to the approval of the Court, stipulated as follows: Defendants shall answer, move and/or respond to the Complaint by October 10, 2024.

NOW, THEREFORE, IT IS ORDERED, this _____ day of _____, 2024:

ORDERED that Defendants shall answer, move and/or respond to the Complaint by October 10, 2024.

_____
United States District Judge