1  **LABATON KELLER SUCHAROW LLP**
   Jonathan Waisnor (CA 345801)
2  jwaisnor@labaton.com
   Alexander Schlow (Pro Hac Vice)
3  aschlow@labaton.com
   Morris Dweck (Pro Hac Vice)
4  mdweck@labaton.com
   140 Broadway, Floor 34
5  New York, NY 10005
   Telephone: 212-907-0700
6  Facsimile: 212-818-0477

7  **UMBERG ZIPSER LLP**
   Carole E. Reagan (Bar No. 162674)
8  creagan@umbergzipser.com
   1920 Main Street, Suite 750
9  Irvine, CA 92614
   Telephone: 949-679-0052
10 Facsimile: 949-679-0461

11 Counsel for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC., | **CASE NO.: 8:24-CV-01996-FWS-DFM** |
| Plaintiff, | |
| versus | **STIPULATION DISMISSING TEN DEFENDANTS PURUSANT TO FED. R. CIV. P. 41** |
| GRAESEN ARNOFF, *et al.*,[1] | |
| Defendants. | |

---

[1] A complete list of Defendants is included in the caption of the Notice of Removal. ECF No. 1.

03579-00005/15280606.1

# STIPULATION DISMISSING
# TEN DEFENDANTS PURUSANT TO FED. R. CIV. P. 41

WHEREAS, on March 13, 2023, plaintiff Epson America, Inc. filed a Complaint for Declaratory and Injunctive in the Superior Court of the State of California, County of Orange (the "*Arnoff* Action");

WHEREAS, Epson named as defendants in the *Arnoff* Action 1,833 individuals (the "*Arnoff* Defendants") who, through their counsel at Labaton Keller Sucharow LLP (then known as Labaton Sucharow LLP), had filed arbitration demands against Epson in JAMS on March 6, 2023;

WHEREAS, among other things, in the *Arnoff* Action, Epson seeks a declaration that the *Arnoff* Defendants have (i) not complied with a mandatory informal dispute resolution requirement in Epson's End User License Agreement; and (ii) initiated arbitration under the wrong agreement and in the wrong forum;

WHEREAS, the *Arnoff* Defendants disputed Epson's claims;

WHEREAS, on August 16, 2024, while pending in state court, Epson amended its complaint in the *Arnoff* Action to add as defendants the petitioners in *Nicole Aaron et al. v. Epson America, Inc.*, Case No. 8:24-cv-01712-FWS-DFM;

WHEREAS, on September 16, 2024, the defendants removed the *Arnoff* Action to this Court; and

WHEREAS, ten *Arnoff* Defendants, namely Patricia Birdsall, Nick Burchett, Melissa Calvano, Susan Drabing, Art Faelnar, Neil Holman, Robert Lawson, Craig Renner, Penni Russell, and Ann Wright, (the "Withdrawing Claimants") no longer wish to pursue their claims, as set forth in the demands for arbitration they filed with JAMS, against Epson in any arbitral forum or otherwise;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by the parties hereto as follows:

1.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Withdrawing Claimants are dismissed with prejudice from this action.

2. Withdrawing Claimants and Epson will bear their own costs in the *Arnoff* Action.

DATED: October 18, 2024  **LABATON KELLER SUCHAROW LLP**

*/s/ Jonathan Waisnor*
Jonathan Waisnor (Bar No. 345801)
140 Broadway
New York, New York 10005
Tel.: (212) 907-0700
Fax: (212) 907-7039
jwaisnor@labaton.com

*Counsel for Defendants*

DATED: October 18, 2024  **QUINN EMANUEL URQUHART & SULLIVAN LLP**

*/s/ John W. Baumann*
Shon Morgan (SBN 187736)
John W. Baumann (SBN 288881)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: 213-443-3000
Facsimile: 213-443-3100
shonmorgan@quinnemanuel.com
jackbaumann@quinnemanuel.com

*Counsel for Plaintiff*

### Certification of Compliance with C.D. Cal. L.R. 5-4.3.4

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the authorization from the above signatory representing Defendants to file the above-referenced document, and that the above signatory concurs in the filing's content.

*/s/ Jonathan Waisnor*
Jonathan Waisnor

# SERVICE LIST

| Party or Parties | Counsel |
|---|---|
| *Plaintiff* | Shon Morgan<br>shonmorgan@quinnemanuel.com<br>John W. Baumann<br>jackbaumann@quinnemanuel.com<br>Valerie Roddy<br>valerieroddy@quinnemanuel.com<br>Homin Ban<br>hominban@quinnemanuel.com<br>Jacqueline Wu<br>jacquelinewu@quinnemanuel.com |
| *Defendants* | Jonathan Waisnor<br>jwaisnor@labaton.com<br>Alexander F. Schlow<br>aschlow@labaton.com<br>Morris S. Dweck<br>mdweck@labaton.com<br>Carole E. Reagan<br>creagan@umbergzipser.com |